# In the United States Court of Federal Claims

No. 05-367 L
into which have been consolidated Nos. 05-484 L, 05-537 L, 05-1082 L, 05-1083 L, 05-1173 L, and 05-1175 L

(E-Filed: February 23, 2006)

GERALD E. ROTH, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the parties' Joint Preliminary Status Report, the court will hold a telephonic status conference (TSC) with the parties on Tuesday, February 28, 2006 at 2 p.m. E.S.T. to discuss further proceedings in this case. The Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge