# In the United States Court of Federal Claims

No. 05-367 L
into which have been consolidated Nos. 05-484 L, 05-537 L, 05-1082 L, 05-1083 L, 05-1173 L, and 05-1175 L

(E-Filed: February 27, 2006)

GERALD E. ROTH, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

On February 23, 2006, the court issued an order indicating that the court would hold a telephonic status conference with the parties on Tuesday, February 28, 2006 at 2 p.m. E.S.T. Due to a scheduling conflict, the court DIRECTS the Clerk of Court to strike that order and, in its place, to ENTER the following order.

The court will hold a telephonic status conference (TSC) with the parties on Tuesday, February 28, 2006 at 11 a.m. E.S.T. to discuss further proceedings in this case. The Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge