# In the United States Court of Federal Claims

No. 05-367 L
into which have been consolidated Nos. 05-484 L, 05-537 L, 05-1082 L, 05-1083 L, 05-1173 L, and 05-1175 L

(E-Filed: February 28, 2006)

GERALD E. ROTH, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

On February 13, 2006, the parties filed a Joint Preliminary Status Report, in which defendant requested leave to file a motion to dismiss for lack of jurisdiction, pursuant to Rule of the Court of Federal Claims (RCFC) 12(b)(1), on the basis that the statute of limitations has run. On February 28, 2006 at 11 a.m. E.S.T., the court held a telephonic status conference (TSC) to discuss and clarify defendant's request. Further to the Joint Preliminary Status Report and as clarified during the TSC, the court GRANTS leave to defendant to file a motion to dismiss. Defendant shall file its motion to dismiss on or before Tuesday, March 14, 2006. Responsive briefing shall proceed according to RCFC 7.2.

It also appeared at the TSC that certain facts regarding ownership of the property as to which plaintiffs allege a taking may be in dispute. Plaintiffs shall collect and send to defendant's counsel via Federal Express all deeds evidencing ownership of the property in dispute on or before the afternoon of Friday, March 3, 2006.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge