**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 05-367 L
into which have been consolidated Nos. 05-484 L, 05-537 L, 05-1082 L, 05-1083 L, 05-1173 L, and 05-1175 L

| | | |
|---|---|---|
| GERALD E. ROTH, et. al., | ) | |
| Plaintiffs, | ) | Honorable Emily C. Hewitt |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE DEFENDANT'S MOTION TO DISMISS**

Defendant UNITED STATES hereby moves pursuant to RCFC 6(b) for an enlargement of time of seven (7) days from the current deadline, to and including Tuesday, March 21, 2006, in which to file Defendant's Motion to Dismiss. The motion is currently due on Tuesday, March 14, 2006. This is Defendant's first request for an extension of time regarding this matter.

This enlargement of time is necessary because defendant has not received ownership documents from plaintiffs. As these documents directly relate to defendant's motion, defendant requires additional time to review the documents after their receipt.

Counsel for defendant has attempted to reach counsel for plaintiffs on three occasions to discuss this motion, but attempts to reach counsel for plaintiffs have been unsuccessful.

Accordingly, defendant respectfully moves for an enlargement of time of seven (7) days from the current deadline, to and including Tuesday, March 21, 2006, in which to file Defendant's Motion to Dismiss.

Dated: March 13, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/ Kelle S. Acock

Kelle S. Acock
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0428
Fax: 202-305-0506
Email: kelle.acock@usdoj.gov

Attorney of Record for Defendant