IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-367 L
into which have been consolidated Nos. 05-484 L, 05-537 L, 05-1082 L, 05-1083 L, 05-1173 L, and 05-1175 L

| | | |
|---|---|---|
| GERALD E. ROTH, et. al., | ) | |
| Plaintiffs, | ) | Honorable Emily C. Hewitt |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO PROVIDE OWNERSHIP DOCUMENTS AND TO FILE DEFENDANT'S MOTION TO DISMISS**

The parties, through counsel, hereby move pursuant to RCFC 6(b) for an enlargement of time for plaintiffs to provide ownership documents to defendant and defendant to file its motion to dismiss. Pursuant to the Court's order filed February 28, 2006, counsel for plaintiffs is in the process of gathering relevant ownership documents and can provide these documents to defendant by Tuesday, March 28, 2006. As these documents relate to defendant's motion, defendant requires time to review the documents after their receipt. Accordingly, the parties respectfully request the following schedule:

| | |
|---|---|
| Tuesday, March 28, 2006 | Deadline for plaintiffs to provide relevant ownership documents |
| Tuesday, April 4, 2006 | Deadline for defendant to file its motion to dismiss |

This joint motion was jointly prepared by counsel for plaintiffs and counsel for defendant. Plaintiffs' counsel of record has authorized the undersigned counsel for the defendant to sign and file this motion on behalf of both parties.

Dated: March 15, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/ Glade L. Hall by s/ Kelle S. Acock
__________________________

Glade L. Hall
105 Mt. Rose St.
Reno, Nevada 89509

Attorney of Record for Plaintiffs

s/ Kelle S. Acock
__________________________

Kelle S. Acock
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0428
Fax: 202-305-0506
Email: kelle.acock@usdoj.gov

Attorney of Record for Defendant