# In the United States Court of Federal Claims

No. 05-367 L
into which have been consolidated Nos. 05-484 L, 05-537 L, 05-1082 L, 05-1083 L, 05-1173 L, and 05-1175 L

(E-Filed: March 22, 2006)

GERALD E. ROTH, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Motion for an Enlargement of Time in Which to Provide Ownership Documents and to File Defendant's Motion to Dismiss (motion), requesting additional time for plaintiffs to provide "all deeds evidencing ownership of the property in dispute," as required by the court's Order of February 28, 2006, and for defendant to file its motion to dismiss. Based on the representations contained therein, the motion is GRANTED. The court's Order of February 28, 2006 is AMENDED to provide that plaintiffs shall collect and send to defendant's counsel all deeds evidencing ownership of the property in dispute so that those documents will be received by defendant's counsel on or before March 28, 2006 and that defendant shall file its motion to dismiss on or before April 4, 2006. Briefing shall proceed according to Rule of the Court of Federal Claims (RCFC) 7.2.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge