# In the United States Court of Federal Claims

No. 05-367 L
into which have been consolidated Nos. 05-484 L, 05-537 L, 05-1082 L, 05-1083 L, 05-1173 L, and 05-1175 L

(E-Filed: March 23, 2006)

GERALD E. ROTH, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

On February 10, 2006, the court issued an order converting the case into an Electronic Case Filing (ECF) case and directing Glade L. Hall, Esq., the attorney of record for plaintiffs, to register for a Case Management/Electronic Case Filing (CM/ECF) account. As of the date of this order, Mr. Hall has not registered for a CM/ECF account. On or before April 6, 2006, plaintiffs shall SUBSTITUTE as attorney of record in this case an attorney who is registered for a CM/ECF account pursuant to the procedures articulated in Rule of the Court of Federal Claims (RCFC) 83.1(c)(4) or cause Mr. Hall to REGISTER for a CM/ECF account. Failure by plaintiffs to comply with this order may result in dismissal of the case. A copy of this order shall be sent by mail and separately by facsimile to plaintiffs' attorney.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge