# EXHIBIT A


B–17 PATENTED MINING CLAIMS
N
38 CLAIMS
7 CLAIMS
12 CLAIMS
U S NAVAL RESERVATION
4 CLAIMS
8 CLAIMS
8 CLAIMS
B–17
5 CLAIMS
FAIRVIEW
New Boundary
T 16 N
T 15 N
KHM 2/01
R 34 E

US 00001

US 00002


PORTION BLM MTP T16N, R24E
ECHO BAY
NEW ERA
INDIVIDUAL
MT PLAT 20
SUPPL
STATUS OF PUBLIC DOMAIN
LAND AND MINERAL TITLES
INDEX TO SEGREGATED TRACTS
CARSON CITY
CHURCHILL CO.
16
17
20
21
Ohio 14.623
Great Falls NE
Detroit 18.036
Ida M #2 20.661
Ida M #1
Zena #1
Zena #2
Zena #3 NE
Montana
Golden Wave
Zephyr
Ohio #1 20661
Boulder No 1 N1/2
Boulder No 1 S1/2 EB
Boulder N1/2
Boulder S1/2 EB
2657


PORTION BLM MTP T16N, R34E MDM
Sec 7 16/34
2733 EB Colorado 20.656
Hicks Idaho 20.364
EB Oregon 19.210
2732 EB California 20.661
EB Dakota 20.661
EB Washington 20.661
EB Juniper 18.182
MS 3391
MS 2733
MS 2732
CANCELLED
2 31.28
1 8.72
3 31.21
4 8.79
8
6 31.13
5 8.87
7 31.06
8 8.94
Juniper EB
Secs 18 & 19 16/34
3673 EB Jack Rabbit 9.143
" NE Jack Rabbit #1 11.227
3219 Atlanta 20.602
2800 NE Crossout Fraction 2.966
NE Paymaster No 1 18.625
NE Crosscut #1 16.693
NE Bell Weather #1 15.639
NE Crosscut 9.617
NE Crosscut #2 16.310
NE Red Rock 19.422
NE Denver Fraction 10.798
3213 NE Paymaster No. 4 20.618
NE Bell Weather #2 18.491
EB Bradshaw Fraction 16.130
EB Ivy 17.332
Chisholm Ivy # 2 20.661
Crosscut Fraction NE
18
CANCELLED
MS 4073
MS 2800
MS 3673 171956
MS 3213
MS 3219
Red Rock NE
Jack Rabbit EB
Jack Rabbit No 1 NE
Atlanta Ivey
19
17
SEE SUPP
20
ECHO BAY
NEW ERA
INDIVIDUAL

US 00003

Portion BLM MTP T15N, R34E, MDM

