# EXHIBIT B

# PARTIALLY SURVEYED TOWNSHIP 16 NORTH RANGE 34 EAST OF THE MOUNT DIABLO MERIDIAN, NEVADA

CHURCHILL COUNTY
CARSON CITY GR DIST




STATUS OF PUBLIC DOMAIN
LAND AND MINERAL TITLES

## MT PLAT

| INDEX TO SEGREGATED TRACTS | | | | |
|---|---|---|---|---|
| RESURVEY | ORIGINAL SURVEY | | | |
| TRACT NO | T | R | SEC | SURVEYOR |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FOR ORDERS EFFECTING DISPOSAL OR USE OF UNIDENTIFIED LANDS WITHDRAWN FOR CLASSIFICATION, MINERALS, WATER AND/OR OTHER PUBLIC PURPOSES, REFER TO INDEX OF MISCELLANEOUS DOCUMENTS

SURVEY, SUBDIVISION OF SECTION 4, AND METES-BOUNDS SURVEY ACPT 4/5/1993
DEPENDENT AND INDEPENDENT RESURVEYS AND SURVEY Accepted 1/18/1993

| CURRENT TO | BY |
|---|---|
| 5/16/02 | MS |
| 8/22/02 | MS |
| | |
| | |
| | |
| | |
| | |

N. 030
T. 16 N.
R. 34 E.


TOWNSHIP 16 NORTH RANGE 34 EAST OF THE MOUNT DIABLO MERIDIAN, NEVADA
CHURCHILL COUNTY
CARSON CITY GR DIST
STATUS OF PUBLIC DOMAIN
LAND AND MINERAL TITLES
MT PLAT
SUPPL 17
INDEX TO SEGREGATED TRACTS
DEPENDENT AND INDEPENDENT RESURVEYS AND
CURRENT TO
BY
N. 030
T. 16 N
R. 34 E.
SUPPL 17
WARNING STATEMENT
SCALE
17
2457
2444
2448
2745


TOWNSHIP 16 NORTH RANGE 34 EAST OF THE MOUNT DIABLO MERIDIAN, NEVADA
CHURCHILL COUNTY
CARSON CITY GR DIST
STATUS OF PUBLIC DOMAIN
LAND AND MINERAL TITLES
MT PLAT
SUPPL 20
INDEX TO SEGREGATED TRACTS
DEPENDENT AND INDEPENDENT RESURVEYS AND SURVEY ACPT 1/18/1988
CURRENT TO
BY
WARNING STATEMENT
SCALE
17
20
N. 030
T. 16 N.
R. 34 E.
SUPPL 20

# EXHIBIT C

54 FR 51326-03, 1989 WL 291272 (F.R.)

**(Cite as: 54 FR 51326)**

NOTICES

DEPARTMENT OF THE INTERIOR

[NV-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-24]

Emergency Closure of Public Lands; Churchill County, NV

Thursday, December 14, 1989

AGENCY: Bureau of Land Management, Interior.

ACTION: Notice is hereby given that selected public lands adjacent to Bravo-17 bombing range are closed to the public until further notice. The closure is ***51327** necessary to ensure public safety and allow the U.S. Navy to perform operations required to clean-up and dispose of live and inert ordnance on public lands adjacent to Bravo 17.

DATES: This closure goes into effect on December 7, 1989, and shall remain in effect until further notice.

FOR FURTHER INFORMATION CONTACT:Mike Phillips, Area Manager, Lahontan Resource Area, Carson City District, 1535 Hot Springs Road, Suite 300, Carson City, Nevada 89706, telephone: (702) 882-1631.

SUPPLEMENTARY INFORMATION: The authority for this closure is 43 CFR 8364.1. Any person who fails to comply with this closure order is subject to arrest and fine of up to $1,000.00 and/or imprisonment not to exceed 12 months. This closure applies to all the public except authorized military and BLM personnel.

The public lands affected by this closure are described as follows:

Mt. Diablo Meridian

T. 15 N., R. 33 E.,

Sections 1-5, all;

Section 6, E 1/2 E 1/2 ;

Section 7, NE 1/4 NE 1/4 ;

Section 8, E 1/2 , E 1/2 NW 1/4 , NW 1/4 , E 1/2 SW 1/4 ;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Sections 9-16, all;

Section 17, E 1/2 , E 1/2 W 1/2 ;

Sections 23 and 24, all;

Section 25, E 1/2 , E 1/2 W 1/2 ;

Section 36, N 1/2 NE 1/4 , NE 1/4 NW 1/4 .

T. 16 N., R. 33 E.,

Section 1, that portion south of U.S. Highway 50;

Section 2, E 1/2 E 1/2 , SW 1/4 NE 1/4 , that portion south of U.S. Highway 50;

Section 11, NE 1/4 NE 1/4 , E 1/2 NW 1/4 NE 1/4 .

T. 16 N., R. 33 1/2 E.,

Section 1, that portion south of U.S. Highway 50.

T. 15 N., R. 34 E.,

Sections 5-6, all;

Section 7, all, excluding any potential mining claims;

Section 17, N 1/2 ;

Section 18, all, excluding any patented mining claims;

Section 19, all;

Section 30, W 1/2 E 1/2 , W 1/2 ;

Section 31, NW 1/4 NE 1/4 , N 1/2 NW 1/4 .

T. 16 N., R. 34 E.,

Sections 4-6, those portions south of U.S. Highway 50;

Section 8, E 1/2 , E 1/2 W 1/2 , excluding any patented mining claims;

Section 9, N 1/2 N 1/2 , SW 1/4 NW 1/4 , E 1/2 SW 1/4 ;

Section 16, W 1/2 W 1/2 , excluding any patented mining claims;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Section 17, N 1/2 NE 1/4 , SE 1/4 NE 1/4 , NE 1/4 NW 1/4 , E 1/2 SW 1/4 , N 1/2 SE 1/4 , excluding any patented mining claims;

Section 20, W 1/2 NE 1/4 , SE 1/4 NE 1/4 , E 1/2 W 1/2 , SE 1/4 , excluding any patented mining claims;

Section 21, W 1/2 W 1/2 , excluding any patented mining claims;

Section 28, W 1/2 W 1/2 ;

Section 29, E 1/2 , E 1/2 W 1/2 ;

Section 32, E 1/2 , E 1/2 W 1/2 ;

Section 33, W 1/2 W 1/2 .

Aggregating approximately 18,400 acres.

Dated this 7th day of December, 1989.

James W. Elliott,

District Manager, Carson City District.

[FR Doc. 89-29153 Filed 12-13-89; 8:45 am]

BILLING CODE 4310-HC-M

54 FR 51326-03, 1989 WL 291272 (F.R.)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT D

56 FR 4074-03, 1991 WL 313064 (F.R.)

**(Cite as: 56 FR 4074)**

NOTICES

DEPARTMENT OF THE INTERIOR

[NV-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-24]

Emergency Closure of Public Lands; Churchill County, NV

Friday, February 1, 1991

AGENCY: Bureau of Land Management, Interior.

ACTION: This Notice supercedes emergency closure notices published in the Federal Register on November 20, 1989 and December 14, 1989, for the closure of approximately 31,720 acres of public lands adjacent to Bravo-16, Bravo-19 and Bravo-17 Bombing Ranges, respectively. These notices were issued to ensure public safety and to allow the U.S. Navy to conduct extensive surface sweeps of areas known to be contaminated by live and inert ordnance and areas suspected of being contaminated. This closure notice represents those lands that remain contaminated following the final sweep and disposal effort by the U.S. Navy. Notice therefore is hereby given that selected public lands adjacent to Bravo-16, Bravo-17 and Bravo-19 Bombing Ranges are closed to all public access to ensure public safety, until further notice.

DATES: This closure goes into effect on February 1, 1991, and shall remain in effect until further notice.

FOR FURTHER INFORMATION CONTACT:Mike Phillips, Area Manager, Lahontan Resource Area, Carson City District, 1535 Hot Springs Road, Suite 300, Carson City, Nevada 89706, Telephone: (702) 885-6100.

SUPPLEMENTARY INFORMATION: The authority for this closure is 43 CFR 8364.1. Any person who fails to comply with this closure order is subject to arrest and fine of up to $1,000.00 and/or imprisonment not to exceed 12 months. The public lands affected by this closure are described as follows:

Public Lands Adjacent to Bravo-16

*Mt. Diablo Meridian*

T. 17 N., R. 28 E.,

Sec. 21, all.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

T. 18 N., R. 28 E.,

Sec. 30, lots 1-4, NE 1/4 , E 1/2 NW 1/4 , E 1/2 SW 1/4 , SE 1/4 ;

Sec. 31, lots 1-4, NE 1/4 , E 1/2 NW 1/4 , E 1/2 SW 1/4 , SE 1/4 .

Aggregating Approximately 1889 Acres.

Public Lands Adjacent to Bravo-19

*Mt. Diablo Meridian*

T. 15 N., R. 30 E.,

Sec. 1, lots 2-4, SW 1/4 NE 1/4 , S 1/2 NW 1/4 , SW 1/4 , W 1/2 SE 1/4 ;

Sec. 2, lots 1-4, S 1/2 N 1/2 , S 1/2 ;

Sec. 11, all;

Sec. 12, W 1/2 E 1/2 , W 1/2 ;

Sec. 13, W 1/2 E 1/2 , W 1/2 ;

Sec. 14, all;

Sec. 23, all;

Sec. 24, W 1/2 E 1/2 , W 1/2 .

T. 16 N., R. 30 E.,

Sec. 32, SE 1/4 ;

Sec. 33, S 1/2 ;

Sec. 34, S 1/2 ;

Sec. 35, S 1/2 .

Aggregating Approximately 5490 Acres.

***4075** Public Lands Adjacent to Bravo-17

*Mt. Diablo Meridian*

T. 15 N., R. 33 E.,

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Secs. 1-4, all;

Sec. 5, NE 1/4 , E 1/2 NW 1/4 ;

Sec. 9, NE 1/4 , N 1/2 NW 1/4 , SE 1/4 NW 1/4 , NE 1/4 SW 1/4 , N 1/2 SE 1/4 ;

Sec. 10, N 1/2 , N 1/2 S 1/2 , E 1/2 SW 1/4 SW 1/4 , SE 1/4 SW 1/4 , S 1/2 SE 1/4 ;

Sec. 11, all;

Sec. 12, all;

Sec. 13, N 1/2 , N 1/2 S 1/2 , NE 1/4 SE 1/4 SW 1/4 , N 1/2 S 1/2 SE 1/4 , SE 1/4 SW 1/4 SE 1/4 , S 1/2 SE 1/4 SE 1/4 ;

Sec. 14, NE 1/4 , NE 1/4 NW 1/4 , N 1/2 NW 1/4 , NW 1/4 , N 1/2 SE 1/4 NW 1/4 , NE 1/4 SE 1/4 .

T. 16 N., R. 33 E.,

Sec. 1, lots 1, 2, 3, 4, S 1/2 N 1/2 , S 1/2 ; that portion south of U.S. Hwy. 50;

Sec. 2, lots 1 and 2, S 1/2 N 1/2 , that portion south of U.S. Hwy. 50, E 1/2 SE 1/4 ;

Sec. 3, S 1/2 NE 1/4 , that portion south of U.S. Hwy. 50;

Sec. 11, NE 1/4 NE 1/4 , E 1/2 NW 1/4 NE 1/4 ;

Sec. 29, W 1/2 , SE 1/4 ;

Sec. 32, NE 1/4 , NE 1/4 SE 1/4 ;

Sec. 33, NW 1/4 , N 1/2 SW 1/4 , SE 1/4 SW 1/4 , SE 1/4 .

T. 16 N., R. 33 1/2 E.,

Sec. 1, that portion south of U.S. Hwy. 50.

T. 15 N., R. 34 E.,

Sec. 4, W 1/2 W 1/2 ;

Secs. 5-8, all;

Sec. 9, W 1/2 W 1/2 ;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Sec. 16, W 1/2 W 1/2 ;

Secs. 17-18, all;

Sec. 19, NE 1/4 , NE 1/4 NW 1/4 , N 1/2 NE 1/4 SE 1/4 , SE 1/4 NE 1/4 SE 1/4 ; NE 1/4 NW 1/4 SE 1/4 ;

Sec. 20, N 1/2 ,SW 1/4 , N 1/2 SE 1/4 ;

Sec. 21, W 1/2 NW 1/4 , NW 1/4 SW 1/4 .

T. 16 N., R. 34 E.,

Sec. 4, W 1/2 , that portion south of U.S. Hwy. 50;

Sec. 5, that portion south of U.S. Hwy. 50;

Sec. 6, that portion south of U.S. Hwy. 50;

Sec. 8, E 1/2 , E 1/2 W 1/2 , E 1/2 E 1/2 W 1/2 W 1/2 , excepting therefrom any patented mining claims;

Sec. 9, W 1/2 , excepting therefrom any patented mining claims;

Sec. 16, W 1/2 , excepting therefrom any patented mining claims;

Sec. 17, E 1/2 NE 1/4 , NW 1/4 NE 1/4 , N 1/2 NW 1/4 , NE 1/4 SW 1/4 , S 1/2 SW 1/4 , N 1/2 SE 1/4 , excepting therefrom Navy withdrawn lands and any patented mining claims;

Sec. 20, W 1/2 NE 1/4 , SE 1/4 NE 1/4 , E 1/2 W 1/2 , E 1/2 E 1/2 W 1/2 W 1/2 , SE 1/4 , excepting therefrom any patented mining claims;

Sec. 21, E 1/2 W 1/2 , W 1/2 SW 1/4 , excepting therefrom any patented mining claims;

Sec. 28, W 1/2 ;

Sec. 29, E 1/2 , E 1/2 W 1/2 , E 1/2 E 1/2 W 1/2 W 1/2 ;

Sec. 32, E 1/2 , E 1/2 W 1/2 , E 1/2 E 1/2 W 1/2 W 1/2 ;

Sec. 33, W 1/2 .

Aggregating Approximately 17, 085 Acres.

Dated this 24th day of January 1991.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Kelly M. Madigan,

Acting District Manager, Carson City District.

[FR Doc. 91-2387 Filed 1-31-91; 8:45 am]

BILLING CODE 4310-HC-M

56 FR 4074-03, 1991 WL 313064 (F.R.)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.