# EXHIBIT E

# ORDER FOR SUPP :S OR SERVICES

Form Approved
OMB No. 0704-0187
Expires Jul 31, 1989

PAGE 1 OF 2

| 1. CONTRACT/PURCH ORDER NO. | 2. DELIVERY ORDER NO. | 3. DATE OF ORDER | 4. REQUISITION/PURCH REQUEST NO. | 5. CERTIFIED FOR NATIONAL DEFENSE UNDER DMS REG 1 |
|---|---|---|---|---|
| N62474-91-M-0051 | | 91 SEP 16 | X60495-91-RC-A0056 | DO |

6. ISSUED BY — CODE
Officer in Charge of Construction
Bldg. 307, 3rd Floor
Naval Air Station
Fallon, Nevada 89406-5000

7. ADMINISTERED BY *(If other than 6)* — CODE
Resident Officer in Charge of Constr
Bldg. 307, 3rd Floor
Naval Air Station
Fallon, Nevada 89406-5000

8. DELIVERY FOB
[X] DEST
[ ] OTHER
*(See Schedule if other)*

9. CONTRACTOR — CODE — FACILITY CODE
NAME AND ADDRESS
Shane M. Vestey
3877 Sheckler Road
Fallon, Nevada 89406
(702) 867-5886

10. DELIVER TO FOB POINT BY *(Date)*
16 October 1991

11. MARK IF BUSINESS IS
[X] SMALL
[ ] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

12. DISCOUNT TERMS
Net

13. MAIL INVOICES TO
SEE BLOCK 7

14. SHIP TO — CODE
See Block 7

15. PAYMENT WILL BE MADE BY — CODE
Fleet Accounting Disbursing Ctr Pacific
937 N. Harbor Drive
San Diego, CA 92132-5111

MARK ALL PACKAGES AND PAPERS WITH CONTRACT OR ORDER NUMBER

16. TYPE OF ORDER
DELIVERY [ ] This delivery order is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.
PURCHASE [X] Reference your written quote of 5 Sep 1991 furnish the following on terms specified herein.
ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR — SIGNATURE — TYPED NAME AND TITLE — DATE SIGNED

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA

| ITEM NO | APPROPRIATION SYMBOL AND SUBHEAD | OBJECT CLASS | BUREAU CONT NO | SUB-ALLOT. | AUTH'N ACCT'G ACT'Y | TRANS. TYPE | PROPERTY ACCT'G ACT'Y | COUNTRY | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AA | 1711804.702E | 000 | 60495 | 0 | 068688 | 2D | 1K6006 | | PP1RCA005600 | $21,438.00 |

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| 0001 | Provide all material, labor, and equipment required to install warning signs at NAS Fallon Bombing Ranges B-16, B-17, and B-19 in accordance with attached plans and specifications.<br><br>All attached Contract Clauses and Wage Decision 91-NV-0006 apply to this contract. | 1 | JO | $21,438.00 | $21,438.00 |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
BY: W. J. HOPPE, LCDR, CEC, USN [signature]
CONTRACTING/ORDERING OFFICER

25. TOTAL $21,438.00
29. DIFFERENCES
30. INITIALS

26. QUANTITY IN COLUMN 20 HAS BEEN
[ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

27. SHIP. NO.
[ ] PARTIAL
[ ] FINAL

28. D.O. VOUCHER NO.

31. PAYMENT
[ ] COMPLETE
[ ] PARTIAL
[ ] FINAL

32. PAID BY

33. AMOUNT VERIFIED CORRECT FOR

34. CHECK NUMBER

35. BILL OF LADING NO.

36. I certify this account is correct and proper for payment.
DATE — SIGNATURE AND TITLE OF CERTIFYING OFFICER

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

Contract N62474-91-M-0051, Install Warning Signs, Bombing Ranges B-16, B-17, B-19

## SECTION 1 - GENERAL REQUIREMENTS

The Contractor shall furnish all material, labor, equipment and tools needed to install warning signs at NAS Fallon Bombing Ranges B-16, B-17 and B-19. The bombing range locations, the areas to be posted, and the sign configuration and wording are shown on the attached drawings. The work schedule for each range will be coordinated with the range scheduling office.

**PROTECTION OF MATERIAL AND WORK**

The Contractor shall protect and preserve all materials, supplies, and equipment of every description prior to and after delivery and completion of all work. The Contractor shall comply with all reasonable requests of the Contracting Officer or his authorized representative to enclose or protect such property.

**SUBMITTAL REQUIRED**

Prior to starting any work, submit the following for approval of the Contracting Officer:

1. Access plan for all areas to be posted.
2. Shop drawing of the warning sign.
3. Schedule of work.
4. Name, address and telephone number of project supervisor.

**APPLICABLE PUBLICATION**

1. Occupational Safety and Health Standards (29 CFR Part 1910).

2. U.S. Army Corps of Engineers Safety and Health Requirements Manual (EM 385-1-1).

**WARRANTY**

All new material and components installed under this specification shall be standard commercial warranty. Construction is to be warranted by the Contractor for one year after acceptance of the materials by the Government.

**DEMOLITION**

The procedures shall provide for safe conduct of work, careful removal of materials and protection of property which is to remain undisturbed. Contractor shall confine access to established roads where possible. When established roads are not available, Contractor will comply with the approved access plan.

Any damage caused by the Contractor while performing the work shall be repaired to match existing site conditions at no additional cost to the Government. All work and Contractor operations shall comply with the requirements of the National Environmental Policy Act 1969.

**CLEAN-UP**

The Contractor shall at all times keep the work area free from accumulation of waste material or rubbish. Prior to the completion of the work, the Contractor shall remove all debris, rubbish, tools, equipment. The Contractor shall be responsible for restoring any damage to the environment to its original condition. The condition of all clean-up work at the completion of this contract must be satisfactory to the Contracting Officer or his representative. The above general outline does not in any way limit the responsibility of the Contractor to perform all work and furnish the labor required by the contract.

## SECTION 2 - MATERIAL SPECIFICATION

Signs: 2′ x 2′ metal (16 GA.). Black lettering on a white background with a 3/16" diameter pre-punched mounting hole 1/2" from top and bottom edge centered from the sides. A total of 800 signs will be required. The first 770 signs will read as depicted on attachment (1). The last 30 signs will read as depicted on attachment (2).

Posts: 7′ metal sign posts. The sign will be mounted to the post so that the top of the sign will be flush with the top of the post. A total of 800 posts will be required.

Bolts: ASTM A307 included in installation.

Nuts: ASTM A563 included in installation.

**QUALITY OF CONTRACTOR FURNISHED ARTICLES, MATERIALS, AND EQUIPMENT**

Articles, materials, and equipment to be incorporated into the work under the contract shall be made in the U.S. new and unused unless otherwise specified. Any materials, supplies, or articles required in this work, but not covered by detailed specifications herein shall be standard products of reputable manufacturers and suitable for the intended use.

## SECTION 3 - EXECUTION

Install posts 2′ deep into existing soil. The posts shall be plumb and the signs shall be facing away from the posted area. The signs will be installed at 300′ intervals as shown on the drawing and described below. All signs and posts not used will become the property of the United States Navy.

**B-16:** The installation of the posts will commence at point A and continue north a distance of 10,560 feet (2 miles) to point B.

From point B east a distance of 5,280 feet (one mile) to point C. From point C south a distance of 10,560 feet (2 miles) to point D.

The installation commences again at point E and heads south a distance of 5,280 feet (one mile) to point F. From point F west a distance of 5,280 feet (one mile) to point G.

**B-17:** The installation of the posts will commence at point A and continue east a distance of 39,600 feet (7 1/2 miles) to point B. From point B south a distance of 5,280 feet (1 mile) to point C.

The installation commences again at point D and heads south a distance of 1,320 feet (1/4 mile) to point E. From point E head in a southeasterly direction until intersecting the Bell Canyon road (jeep trail), continuing 50 feet north of the Bell Canyon road in a southeasterly direction until arriving at point F a distance of 50,160 feet (9 1/2 miles). From point F head in a northeasterly direction a distance of 7,920 feet (1 1/2 miles) to point G.

**B-19:** The installation of the posts will commence at point A and continue north a distance of 3,960 feet (3/4 mile) to point B. From point B east a distance of 17,160 feet (3 1/4 miles) to point C. From point C south a distance of 25,080 feet (4 3/4 miles) to point D. From point D west a distance of 9,240 feet (1 3/4 miles) to point E.

**ATTACHMENT ( 1 )**

**770 SIGNS**



ATTACHMENT ( 2 )

30 SIGNS




4370000m N
31
36
Lahontan Field
L A H O N T A
1206 7
1 700
T 18 N
B
C
00 000 FEET
(CENTRAL)
Red Mountain
Mine
31
36
A
D
D E A D
C A M E L
M O U N T A I N S
6
1
1305 2
T 17 N
RESERVATION
E
F
31
36
CHURCHILL
LYON
435
1 650
6
1
6
1 650
15'
(CARSON CITY)
1284 7
Wild
Flat Top



RESERVATION
(TRAINING AREA)
VALLEY
Drumm Summit
Sand Springs Pass
Mine
Red Top Can
U.S. NAVAL
RESERVATION
TARGET AREA
B-17
Radio Facility
Fairview Peak
Breccia
Canyon
Chukar Canyon
Canyon
Canyon
FAIRVIEW
Mine
Mountains
Bell
Flat
Chalk
Mines
A
B
C
D
E
F
G
RANG



Simpson Pass
White Throne
Mountains
BASS FLATS
PIPELINE
COCOON
B
C
A
36
31
1
6
1451.2
1207.3
B-19
MOUN
Allen Springs
Lee Hot Springs
WALKER RIVER INDIAN RESERVATION BOUNDARY
E
D
Barnett
RAWHIDE
1256.7
Camp Terrill
Mines
R I V E R
Terrill Mountains
CHURCHILL CO
Brown Knob
1337.8
F L A
R E S E R V A T I O N

# EXHIBIT F

SENT BY:CUMLATWINGPAC ADMIN ; 1- 4-90 11:49AM ; 2099830724 CCITT G3:# 2

29 December 1989

OJR Loose

The Honorable Harry Reid
United States Senate
Washington, D.C. 20510

Dear Senator Reid:

Thank you for your letter of November 9, 1989, concerning Navy ordnance retrieval operations on federal lands adjacent to training ranges at Naval Air Station, Fallon.

I am pleased to advise you that the operations were successfully completed on December 15, 1989. Public announcement of the operations was not made at the outset out of concern that it would attract curiosity seekers, would impede operations and would increase the risk to the public. Prior to undertaking such operations, however, the appropriate federal authorities and grazing allottees were notified. Once state officials voiced their concerns, they were provided the plans for the ensuing operations. Additionally, on December 7, 1989, Commander, Light Attack Wing, U. S. Pacific Fleet, met with state environmental officials. As a result of this meeting, the State, Bureau of Land Management (BLM) and the Navy have entered into a Memorandum of Agreement which provides for notification to the State of retrieval operations in the future. Additionally, the public has been provided information concerning the sweeps.

BLM has temporarily closed the affected lands and has erected appropriate warning signs. The Navy is working closely with BLM in Nevada to provide them an assessment of the effectiveness of the sweep operations. Armed with this information, I am confident BLM will be in a position to assess the necessity and extent of future closures.

No private parties have suffered injuries or property damage as a result of these operations. In any event, private parties who believe they have suffered such injuries or damage will have their claims adjudicated in accordance with appropriate federal claims settlement regulations.

NAS Fallon complex provides aircrews with realistic operational training. Continued availability of these training ranges is vital to combat readiness and national defense. However, in an effort to enhance public safety and training procedures, NAS Fallon is reemphasizing the importance of aircrew briefings, properly marking target ranges, and revising range usage and management procedures to ensure ordnance is dropped on target during future training evolutions.

BLIND COPY TO:
OP-441
OP-554
COMLATWINGPAC JTL 209-998-3072

SENT BY:OP-809E CONGRESSIONAL

US00025

Safety of the citizens of Nevada and our personnel assigned there is of utmost importance. The Navy will continue to work cooperatively with local officials to assure their concerns are adequately addressed. Senator Bryan is being furnished the same information. Senator Nunn has also expressed similar interest in a swift and appropriate resolution of this matter. Accordingly, a copy of this correspondence has been provided to him. Again, thank you for your interest in Navy operations in Nevada.

Sincerely,

H. Lawrence Garrett, III
Secretary of the Navy

Copy to:
Senator Sam Nunn

Copy to:
Bryan

# EXHIBIT G

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 05-367 L
into which have been consolidated Nos. 05-484 L, 05-537 L, 05-1082 L, 05-1083 L, 05-1173 L, and 05-1175 L

| | | |
|---|---|---|
| GERALD E. ROTH, et. al., | ) | |
| Plaintiffs, | ) | Honorable Emily C. Hewitt |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF LARRY JONES**

I, Larry Jones, do hereby declare:

1. I am the Deputy Director for the Navy Region Southwest Range Support Program, located at Naval Air Station Fallon, Nevada. In 1991, I was the Supervisory Natural Resources Specialist of the Natural Resources and Real Estate Division, Naval Air Station Fallon. In that position, I was responsible for and managed all natural resources at Naval Air Station Fallon. I have been employed at Naval Air Station Fallon for the past thirty-two years.

2. In September 1991, the Officer in Charge of Construction at Naval Air Station Fallon issued an Order for Supplies or Services (DD Form 1155) to a local private contractor for the creation and installation of 800 warning signs in the vicinity of, among other areas, bombing range B-17. These signs were to be installed to indicate those areas closed by the Bureau of Land Management because of the possible presence of live ordnance. The exact locations for the installation of the warning signs were provided in attachments to the Order for Supplies or Services. Block 10 of the Order for Supplies or

Services required delivery by October 16, 1991. This means that the signs had to be installed in the specified locations by that date. As such, signs indicating that the designated land was closed to the public have been in place since October 1991.

3. In 1999, in accordance with the Military Lands Withdrawal Act, the Naval Air Station Fallon ranges, including bombing range B-17, were withdrawn and reserved for use by the Department of the Navy for testing and training for aerial bombing, missile firing, and tactical maneuvering. Sometime after October 1999, the original warning signs, installed in October 1991, were replaced with new warning signs indicating that the designated land was a restricted area.

4. It is my understanding that the United States is submitting as exhibits three color maps showing the location of various mining claims in the vicinity of bombing range B-17 in support of its Motion to Dismiss Pursuant to RCFC 12(b)(1) and 12(b)(6). These maps are all portions of maps generated by the Bureau of Land Management. One is from the 1996 Edition of the topographic Surface Management Status map for Fallon, Nevada. The others are from mineral title plats, showing the status of public domain land and mineral titles, obtained from the recorder in Churchill County, Nevada.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 4th day of April, 2006.

Larry Jones