# EXHIBIT H

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 05-367 L
into which have been consolidated Nos. 05-484 L, 05-537 L, 05-1082 L, 05-1083 L, 05-1173 L, and 05-1175 L

| | | |
|---|---|---|
| GERALD E. ROTH, et. al., | ) | |
| Plaintiffs, | ) | Honorable Emily C. Hewitt |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF ELIZABETH F. PITTARD**

I, Elizabeth F. Pittard, do hereby declare:

1. I am a Legal Associate with IE Discovery, Inc., in Arlington, Virginia. IE Discovery, Inc. provides litigation support to the Department of the Navy in Washington, DC.

2. In December 2005, I ordered a search of title information, from the date patented to the present, for the following patented lands located in the Fairview Mining District in Nevada:

a. Cyclone Mining Company, Lone Tree, Survey No. 2731, Patent No. 46489.

b. Fairview Consolidated Mines Company, Argel No. 2, Survey No. 4184, Patent No. 522327.

c. Fairview Tiger Mining Company, Detroit and Tiger, Survey No. 2745, Patent No. 47231.

d. Ida Mines Company, Ida M #2, Survey No. 2657, Patent No. 46322.

e. Fairview Philadelphia Mining Company, Lookout #2, 3, 4, 9, 10, and Fairplay, Survey No. 3383, Patent No. 90643.

f. Nevada Hills Mining Company, Florence #4, Survey No. 2664, Patent No. 47230

g. Nevada Hills Mining Company, Boulder #1 N 1/2, Survey No. 2664, Patent No. 46326.

3. The title search was conducted by Steve Shurtliff of Top Flight Solutions in Sparks, Nevada from December 27, 2005 to January 7, 2006. The title search consisted of a search of the Churchill County, Nevada mining claim and land records. The search yielded copies of the mineral patents and all recorded deeds of transfer of ownership for the seven mining claims. Documentation for three of the seven mining claims is being submitted as exhibits in support of the United States' Motion to Dismiss Pursuant to RCFC 12(b)(1) and 12(b)(6).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on the 4th day of April, 2006.

Elizabeth F. Pittard

Elizabeth F. Pittard
Legal Associate
IE Discovery, Inc.
Arlington, Virginia

# EXHIBIT I

PATENTS Book 1

p. 74

File #14199

General Land Office No. 47231. MINERAL PATENT Mineral Certificate No.1275.

LAND DISTRICT:

Carson City, Nevada.
4-462-ty.

General Land Office No. 47231.

Mineral Certificate No. 1275

THE UNITED STATES OF AMERICA,

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

WHEREAS, In pursuance of the provisions of the Revised Statutes of the United States, Chapter Six, Title Thirty-two, and legislation supplemental thereto, there have been deposited in the General Land Office of the United States the Plat and Field Notes of survey and the Certificate, No. 1275, of the Register of the Land Office at Carson City, in the State of Nevada, accompanied by other evidence whereby it appears that The Fairview Tiger Gold Mining Company did, on the twenty-first day of February, A.D. 1908, duly enter and pay for that certain mining claim or premises, known as the Detroit and Tiger lode mining claims, designated by the Surveyor General as Survey No. 2745, embracing a portion of the unsurveyed public domain, in the Fairview Mining District, in the County of Churchill and State of Nevada, in the District of Lands subject to sale at Carson City, and bounded, described and platted as follows, with magnetic variation seventeen degrees, thirty minutes east:

Beginning, for the description of the Detroit lode claim, at corner No. 1, a pine post four inches square, four and one-half feet long, marked 1 - 2745, with mound of earth and stone,

(con. next page)

from which U. S. Location Monument No. 182 bears north thirty-eight degrees, thirty-one minutes, twenty seconds east four thousand nine hundred thirteen and five-tenths feet distant;

Thence, first course, south forty degrees, twenty minutes west three hundred feet to a point from which location monument bears south fifty-five degrees, forty minutes east seven hundred fifty feet distant; six hundred feet to corner No. 2, a pine post four inches square, four and one-half feet long, marked 2 - 2745, with mound of earth and stone;

Thence, second course, south fifty-five degrees, forty minutes east one thousand five hundred feet to corner No. 3, a pine post four inches square, four and one-half feet long, marked 3 - 2745, with mound of earth and stone;

Thence, third course, north forty degrees, twenty minutes east six hundred feet to corner No. 4, a pine post four inches square, four and one-half feet long, marked 4 - 2745, with mound of earth and stone;

Thence, fourth course, north fifty-five degrees, forty minutes west five hundred forty-four and forty-five-hundredths feet intersect line 2 - 3 of the Little Fellow lode claim, Survey No. 2668, at south seventy-two degrees, fifty minutes east two hundred eighty-three and four-tenths feet from corner No. 2; eight hundred forty-one and fourteen-hundredths feet intersect line 1 - 2 of said Little Fellow lode claim, at north seventeen degrees, ten minutes east eighty-seven and six-tenths feet from corner No. 2; one thousand five hundred feet to corner No. 1, the place of beginning; the survey of the lode claim, as above described, extending one thousand five hundred feet in length along said Detroit vein or lode:

Beginning, for the description of the Tiger lode claim, at corner No. 1, a pine post four inches square, four and one-half feet long, marked 1 - 2745, with mound of earth and stone, from which said U. S. Location Monument No. 182 bears north twenty-three degrees, one minute east four thousand two hundred thirty-six and five tenths feet distant;

Thence, first course, south sixteen degrees, ten minutes east one hundred ninety-five and seventy-one-hundredths feet intersect line 2- 3, the southwest side line, of Survey No. 2664, the Florence No. 4 lode claim; six hundred feet to corner No. 2, a pine post four inches square, four and one-half feet long, marked 2 - 2745, with mound of earth and stone;

Thence, second course, south seventy-three degrees, fifty minutes west seventy-three and thirty-four-hundredths feet intersect line 3 - 4, the southwest side line, of the Ohio No. 1 lode claim, unsurveyed; four hundred seventy-two and sixty-two-hundredths feet intersect line 4 - 1 of said Detroit lode claim; one thousand four hundred ninety-eight feet to corner No. 3, a pine post four inches square, four and one-half feet long, marked 3 - 2745, with mound of earth and stone;

Thence, third course, north sixteen degrees, ten minutes west three hundred feet to a point from which location monument bears north seventy-three degrees, fifty minutes east one hundred feet distant; six hundred feet to corner No. 4, a pine post four inches square, four and one-half feet long, marked 4 - 2745, with mound of earth and stone;

Thence, fourth course, north seventy-three degrees, fifty minutes east six hundred twenty-six and six-tenths feet intersect line 1 - 2 of said Little Fellow lode claim, at north seventeen degrees, ten minutes east one hundred sixty-four and nine-tenths feet from corner No. 2; nine hundred forty-four and fifty-four-hundredths feet intersect said line 3 - 4 of the Ohio No. 1 lode claim; nine hundred eighty-five and sixty-six-hundredths feet intersect line 3 - 4 of said Little Fellow lode claim, at north seventeen degrees, ten minutes east three hundred sixty-two and twenty-three-hundredths feet from corner No. 3; one thousand three hundred forty and seventy-four-hundredths feet intersect said line 2 - 3 of Survey No. 2664; one thousand four hundred ninety-eigth feet to corner No. 1, the place of beginning; the survey of the lode claim, as above described, extending one thousand four hundred ninety-eight feet in length along said

(con. next page)

175

Tiger vein or lodes - expressly excepting and excluding from these presents all that portion of the ground, hereinbefore described, embraced in said Ohio No. 1 lode claim, unsurveyed, and those portions of said Survey No. 2664 and said Little Fellow lode claim, Survey No. 2668, in conflict with said Ohio No. 1 lode claim, and also all veins, lodes, and ledges, throughout their entire depth, the tops or apexes of which lie inside of such excluded ground; the premises, herein granted, containing twenty-seven and thirty-three-thousandths acres, more or less:

p16

NOW KNOW YE, That ere is therefore hereby granted by the United States unto the said The Fairview Tiger Gold Mining Company and to its successors and assigns, the said mining premises hereinbefore described, and not expressly excepted from these presents, and all that portion of the said Detroit and Tiger veins, lodes, or ledges, and of all other veins, lodes, and ledges throughout their entire depth, the tops or apexes of which lie inside of the surface boundary lines of said granted premises in said Survey No. 2745, extended downward vertically, although such veins, lodes, or ledges in their downward course may so far depart from a perpendicular as to extend outside the vertical side lines of said premises: Provided, That the right of possession to such outside parts of said veins, lodes, or ledges, shall be confined to such portions thereof as lie between vertical planes drawn downward through the end lines of said Survey No. 2745, so continued in their own direction that such planes will intersect such exterior parts of said veins, lodes, or ledges: And provided further, That nothing herein contained shall authorize the grantee herein to enter upon the surface of a claim owned or possessed by another.

TO HAVE AND TO HOLD said mining premises, together with all the rights, privileges, immunities, and appurtenances of whatsoever nature thereunto belonging unto the said grantee above named and to its successors and assigns forever; subject, nevertheless, to the above-mentioned and to the following conditions and stipulations:

First. That the premises hereby granted, with the exception of the surface, may be entered by the proprietor of any other vein, lode or ledge, the top or apex of which lies outside of the boundary of said granted premises, should the same in its dip be found to penetrate, intersect, or extend into said premises, for the purpose of extracting and removing the ore from such other vein, lode or ledge.

Second. That the premises hereby granted shall be held subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights as may be recognized and acknowledged by the local laws, customs, and decisions of the courts, And there is reserved from the lands hereby granted a right of way thereon for ditches or canals constructed by the authority of the United States.

Third. That in the absence of necessary legislation by Congress, the Legislature of Nevada, may provide rules for working the mining claim or premises hereby granted, involving easements, drainage, and other necessary means to its complete development.

IN TESTIMONY WHEREOF, I Theodore Roosevelt, President of the United States of America, have caused these letters to be made Patent, and the seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the third day of August, in the year of our Lord one thousand nine hundred and eight, and of the Independence of the United States the one hundred and thirty-third.

(Seal of the United States)
(General Land Office)

By the President: Theodore Roosevelt,
By M. W. Young, Secretary.

John O'Connell
Acting Recorder of the General Land Office.

Recorded 6102 Vol. ____ , pp. ____ to ____ inc. ______ Marginal Record. J.K.R. J.

(con. next page)

PATENTS
BOOK 1



Filed for record at the request of ?. E. Titus, Nov. 10, 1908, at 56 min. past 1 o'clock P.M.

G W Sikes
Co.Recorder.

VERIFIED

DEEDS BOOK 12

p. 308

File #22522.

THIS INDENTURE, Made the 9th.day of August in the Year of Our Lord Nineteen Hundred and Fifteen,

Between A. E. Wilson, Treasurer of Churchill County, State of Nevada, Party of the first part, and A. E. Wilson, Trustee for the County of Churchill, State of Nevada, the party of the second part, Witnesseth, that the said party of the first part, for and in consideration of the sum of Thirty and 05/100 ($30.05) Dollars, Legal Money of the United States of America, to him in hand paid by said second party, thereceipt whereof is hereby acknowledged, does by these presents grant, bargain, sell and convey unto the said party of the second part, and to its heirs and assigns forever, all of the following described land, situate, lying and being in the County of Churchill, State of Nevada, viz:

Patented Claims in the Fairview Mining District, Survey No. 2745, Detroit and Tiger.

The above described land was assessed by the County Assessor of said County for the year 1914, and duly entered on the Assessment Roll of said County for said year 1914, to the name of Fairview Tiger Gold Mining Co., as shown at page ____ of said Assessment Roll, at a valuation of One thousand 00/100 ($1,000.00) Dollars.

That said Assessment Roll was delivered to said County Treasurer for the purpose of collecting the taxes charged thereon, on the 3rd. day of December 1914.

That due and legal notice to the taxpayers was given by the publication in the Churchill County Standard a newspaper published in said County, and by postal card as required by Section 1104, Compiled Laws of Nevada, 1900, Cutting, giving each taxpayer personal notice of the amount due and the date of delinquency and penalties, chargeable to each, in case of delinquency;

The said taxes not having been paid, became delinquent on the first Monday of January 1915.

That the name of said delinquent taxpayer, with a description of the property upon which the taxes had not been paid, with the valuation of the property, and the amount of taxes due, were entered in the Delinquency List for said year 1914 on the first Monday of January 1915, viz: On the 4th.day of said January, 1915.

DEED
BK 12

That said County Treasurer caused to bepublished in the Churchill County Standard a newspaper of general circulation published in said County from the 6th.day of January, 1915 to the 3rd. day of February, 1915, being the second Monday of said month, the name of said delinquent taxpayer being Fairview Tiger Gold Mining Co., with a full description of the property upon which taxes were due, with the amount of the taxes, delinquency and costs of publication due thereon, with notice, that if said taxes and all costs were not paid before, the property would be sold at the door of the Court House at Fallon, Nevada, on the second Monday of February 1915, viz: the 8th.day of said month, at the hour of one o'clock P.M. of said day,

Said taxes and costs not having been paid as required by law, I did, in pursuance with said notice, sell at public auction, at the time and place given in said notice, to A. E. Wilson, Trustee for the County of Churchill, State of Nevada, for the sum of Thirty and 05/100 ($30.05) Dollars, the amount of taxes and costs due on said property, he being the highest and best bidder for said property.

That a Certificate of Sale describing said property was made and delivered to said purchaser A. E. Wilson, Trustee for the County of Churchill, State of Nevada, a duplicate of said Certificate delivered to the County Recorder of said County, which Certificate recites that if said property is not redeemed before the expiration of six months from date of sale, to-wit: On the 9th.day of August 1915, That said County Treasurer will execute and deliver to said purchaser, a Deed for said property.

Now the time for redemption of said property having expired and no part of said property having been redeemed by the payment of the taxes and costs on same, this Conveyance is made in accordance with said Certificate of Sale, and said published notice,

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

To Have and to Hold, all and singular the said premises, together with the appurtenances, unto the said party of the second part, and to its heirs and assigns forever.

IN WITNESS WHEREOF, the said party of the first part, has hereunto set his hand and seal the day and year first above written.

A. E. Wilson. seal.
Treasurer, Churchill County, Nevada.

STATE OF NEVADA, )
)SS
County of Churchill.)

On this 10th.day of August A.D. 1915 personally appeared before me the undersigned a notary public of the State of Nevada in and for Churchill County, A. E. Wilson known to me to be the Treasurer of Churchill County, Nevada, and acknowledged to me that he executed the above and foregoing deed as Treasurer of Churchill County, Nevada freely and voluntarily and for the uses and purposes therein mentioned.

Given under my hand and official seal the day and year in this certificate first above written.

My commission expires July 8, 1916.

Eli Cann,
Notary Public.

(OfficialSeal)

Filed for record at the request of A.E.Wilson, Aug. 12, 1915, at 10 min.past 2 o'clock P.M.

F. F. Franke
Co. Recorder.

MINING DEEDS BK 6

p. 31

File No. 95665 -D-E-E-D-

THIS INDENTURE, made this 25th day of October, 1960, between the COUNTY OF CHURCHILL, a political subdivision of the State of Nevada, by and through its BOARD OF COUNTY COMMISSIONERS, the Party of the First Part, and J. D. Summers and Blanche C. Summers, of the City of Chico, County of Butte, State of California, the Party of the Second Part.

-W-I-T-N-E-S-S-E-T-H-

WHEREAS, the Party of the Second Part on the 8th day of October, 1960, made application for permission to enter upon the following claims: FAIRVIEW MINING DISTRICT; SURVEY #2745; MINE NAMES: DETROIT; TIGER, and explore the same for valuable minerals under the authority of Chapter 19 of the Statutes of Nevada, 1935, as approved March 2nd, 1935; as amended; and

WHEREAS, on the 17th day of October, 1960, the said County Commissioners of said Churchill County, in regular session did contract with said party of the second part in regard to the above described mining claims; and

WHEREAS, on the 24th day of October, 1960, the party of the second part requested of said County Commissioners that they execute a deed conveying the title of such county to said Party of the Second Part, he having tendered and paid to said County Treasurer the sum for which said property become the property of said county; and

NOW, THEREFORE, this Indenture Witnesseth: That the said Party of the First Part, the said Churchill County, by and through the Board of County Commissioners, in order to carry out the effect of the contract to the Statutes in such cases made and provided and also in consideration of the premises and the sum of FIFTY-FOUR and 50/100THS ($54.50) DOLLARS, the sum for which said property became the property of said county, and paid to it by the purchaser, the said J. D. SUMMERS and BLANCHE C. SUMMERS, the receipt whereof is hereby acknowledged do quitclaim unto the said Party of the Second Part, and to his heirs and assigns all the estate, right, title and interest which the said Party of the First Part, has, of, in and to those certain lode mining claims, situate, lying and being in the County of Churchill, State of Nevada, and more particularly described as follows, to wit:

THE FAIRVIEW MINING DISTRICT

SURVEY #2745

NAMED: Detroit; Tiger

together with all and singular, the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

TO HAVE AND TO HOLD, all and singular, the premises above-mentioned and described together with the appurtenances unto the said Party of the Second Part, and to his heirs and assigns forever.

IN WITNESS WHEREOF, the said party of the First Part, by and through its motion and resolution hereto passed has caused these presents to be executed and signed by the Chairman of the Board of County Commissioners and attested by the Clerk of said Board.

BOARD OF COUNTY COMMISSIONERS
OF CHURCHILL COUNTY, NEVADA

By Amilio Bell
AMILIO BELL, Chairman

ATTEST: Lloyd Parrish
LLOYD PARRISH, Clerk

STATE OF NEVADA, )
: ss.
COUNTY OF CHURCHILL. )

On this 8th day of November, 1960, personally appeared before me a Notary Public in and for the County of Churchill, State of Nevada, Amilio Bell, known to me to be the Chairman of the Board of County Commissioners of Churchill County, Nevada, that, executed the foregoing instrument, and upon oath did depose that he is the officer of said Churchill County as above designated; that he is acquainted with the official seal of the Clerk of Churchill County, that the seal affixed to said instrument is the official seal of the County Clerk, that the signatures of said instrument were made by the officers of said county, as indicated after said signatures, and that said Churchill County executed said instrument freely and voluntarily and for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day and year in this certificate above written.

(SEAL)

Frances Ham
NOTARY PUBLIC IN and for said
County and State

My Commission Expires: June 3, 1961

VERIFIED

Filed for record at the Request of Churchill Co. Clerk NOV 8 1960 at 25 min. past 9 o'clock A. M.

Gladys H. Dalby
County Recorder

MINING DEEDS BK 6

There are 2
copies of this
deed because the
record was quite
poor. You were
only charged for
1

286576

R.P.T.T.$ Ø

## D E E D

THIS INDENTURE, made this 21st day of November, 1994 at Fallon, County of Churchill, State of Nevada, by and between RUBY ANDERSON, the Treasurer and Ex-Officio Tax Receiver of the County of Churchill, State of Nevada, Party of the First Part, and RUBY ANDERSON, Treasurer of the County of Churchill, State of Nevada, as Trustee, Party of the Second Part.

## W I T N E S S E T H

WHEREAS, the following described land and premises were duly assessed by the County Assessor of Churchill County, Nevada, for the fiscal year 1990-91 according to the provisions of the Statutes of the State of Nevada, and duly entered upon the tax roll of said County for said Year to the names of the owners or claimants of such property hereinafter set forth and as shown by said tax roll; and

WHEREAS, thereafter and in the manner and at the times and in accordance with the statutes the said assessment and tax list was completed and presented to the County Board of Equalization and duly equalized as provided in the Statutes of the State of Nevada, and that thereafter said assessment roll was delivered to the County Auditor of Churchill County and was by said Auditor duly audited and the taxes extended according to the Tax rate duly fixed as provided by law; and

WHEREAS, thereafter said tax roll was delivered to and received by the Ex-Officio Tax Receiver of Churchill County for the purpose of receiving and collecting the taxes due and as shown thereon; and that due and legal notice was given as provided in the Statutes of the State of Nevada, stating the dates when the taxes will be due and payable and the penalties and interest added if not paid accordingly.

That after the first Monday in MARCH, 1991 , the Tax Receiver caused to be published or posted as required by the Statutes of



US00036

the State of Nevada, the list of delinquent tax property, giving the name of the owner, as known, the description of the property on which such taxes are a lien, the amount of taxes due on said property and the penalties and costs as provided by law, providing further that if said amount was not paid the Tax Receiver would, on the first Monday in May of the current year at 1:30 o'clock P. M., of said day, issue to the County Treasurer, as trustee for State and County, a certificate authorizing him to hold said property, subject to redemption within two years after date thereof; and

WHEREAS, because said taxes, penalties and costs were not paid as required by law, the Treasurer and Ex-Officio Tax Receiver did issue to the County Treasurer of Churchill County the certificate required by the Statutes of the State of Nevada; and

WHEREAS, the time for redemption for said property expired and no part of the following described property was redeemed as by law provided:

NOW, THEREFORE, by virtue of such circumstances and the aforementioned certificate, in accordance with the statutes in such cases made and provided, the said Party of the First Part, for and in consideration of the sum of ONE HUNDRED FIFTY-EIGHT AND 93/100 (158.93) DOLLARS,

the same being in legal effect made, does by these presents, remise, release, quitclaim and convey unto the Party of the Second Part and to his successors in trust for the use and benefit of the State of Nevada and the County of Churchill, all right, title and interest in and to the following described land and premises, situate, lying and being in the County of Churchill, State of Nevada, to-wit:

THE FAIRVIEW MINING DISTRICT

SURVEY #2743

NAMED: Detroit; Tiger

PARCEL #000-061-99

PARTY OF THE FIRST PART - HARRY C. SUMMERS

286576

TOGETHER WITH, all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in any wise appertaining; together with reversion and reversions, remainder and remainders, rents, issues, and profits thereof.

TO HAVE AND TO HOLD in trust as aforesaid, all and singular, the said premises, together with the appurtenances, unto the said Party for the Second Part and his successors in trust as aforesaid pursuant to the provisions of the Statutes of the State of Nevada.

RUBY ANDERSON
County Treasurer and Ex-Officio
Tax Receiver of Churchill County,
State o. Nevada

STATE OF NEVADA )
) ss.
County of Churchill)

On the ____ day of November, 1994, personally appeared before me, a Notary Public in and for said County and State, RUBY ANDERSON, County Treasurer and Ex-Officio Tax Receiver, known to me to be the person and Official described in and who executed the foregoing instrument, who acknowledged to me that she executed the same freely and voluntarily and as such County Treasurer and Ex-officio Tax Receiver, for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at my office in said County, the day and year in this certificate first abovementioned.

NOTARY PUBLIC in and for the
County of Churchill,
State of Nevada

286576

END OF DOCUMENT

RPTT $ -0-

D E E D

THIS INDENTURE, made this 21st day of November, 1994 at Fallon, County of Churchill, State of Nevada, by and between RUBY ANDERSON, the Treasurer and Ex-Officio Tax Receiver of the County of Churchill, State of Nevada, Party of the First Part, and RUBY ANDERSON, Treasurer of the County of Churchill, State of Nevada, as Trustee, Party of the Second Part.

W I T N E S S E T H

WHEREAS, the following described land and premises were duly assessed by the County Assessor of Churchill County, Nevada, for the fiscal year 1990-91 according to the provisions of the Statutes of the State of Nevada, and duly entered upon the tax roll of said County for said Year to the names of the owners or claimants of such property hereinafter set forth and as shown by said tax roll; and

WHEREAS, thereafter and in the manner and at the times and in accordance with the statutes the said assessment and tax list was completed and presented to the County Board of Equalization and duly equalized as provided in the Statutes of the State of Nevada, and that thereafter said assessment roll was delivered to the County Auditor of Churchill County and was by said Auditor duly audited and the taxes extended according to the Tax rate duly fixed as provided by law; and

WHEREAS, thereafter said tax roll was delivered to and received by the Ex-Officio Tax Receiver of Churchill County for the purpose of receiving and collecting the taxes due and as shown thereon; and that due and legal notice was given as provided in the Statutes of the State of Nevada, stating the dates when the taxes will be due and payable and the penalties and interest added if not paid accordingly.

That after the first Monday in MARCH, 1994 , the Tax Receiver caused to be published or posted as required by the Statutes of

the State of Nevada the list of delinquent tax property, giving the name of the owner, as known, the description of the property on which such taxes are a lien, the amount of taxes due on said property and the penalties and costs as provided by law, providing further that if said amount was not paid the Tax Receiver would, on the first Monday in May of the current year at 1:30 o'clock P. M., of said day, issue to the County Treasurer, as trustee for State and County, a certificate authorizing him to hold said property, subject to redemption within two years after date thereof; and

WHEREAS, because said taxes, penalties and costs were not paid as required by law, the Treasurer and Ex-Officio Tax Receiver did issue to the County Treasurer of Churchill County the certificate required by the Statutes of the State of Nevada; and

WHEREAS, the time for redemption for said property expired and no part of the following described property was redeemed as by law provided:

NOW, THEREFORE, by virtue of such circumstances and the aforementioned certificate, in accordance with the statutes in such cases made and provided, the said Party of the First Part, for and in consideration of the sum of ONE HUNDRED FIFTY-EIGHT AND 93/100 (158.93) DOLLARS,

the same being in legal effect made, does by these presents, remise, release, quitclaim and convey unto the Party of the Second Part and to his successors in trust for the use and benefit of the State of Nevada and the County of Churchill, all right, title and interest in and to the following described land and premises, situate, lying and being in the County of Churchill, State of Nevada, to-wit:

THE FAIRVIEW MINING DISTRICT

SURVEY #2745

NAMED: Detroit; Tiger

PARCEL #000-061-99

PARTY OF THE FIRST PART - HARRY C. SUMMERS



US00040

TOGETHER WITH, all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in any wise appertaining together with reversion and reversions, remainder and remainders, rents, issues, and profits thereof.

TO HAVE AND TO HOLD in trust as aforesaid, all and singular, the said premises, together with the appurtenances, unto the said Party for the Second Part and his successors in trust as aforesaid pursuant to the provisions of the Statutes of the State of Nevada.

Ruby Anderson
RUBY ANDERSON
County Treasurer and Ex-Officio
Tax Receiver of Churchill County,
State of Nevada

STATE OF NEVADA )
) ss.
County of Churchill)

On the 21st day of November, 1994 personally appeared before me, a Notary Public in and for said County and State, RUBY ANDERSON, County Treasurer and Ex-Officio Tax Receiver, known to me to be the person and Official described in and who executed the foregoing instrument, who acknowledged to me that she executed the same freely and voluntarily and as such County Treasurer and Ex-officio Tax Receiver, for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at my office in said County, the day and year in this certificate first abovementioned.

Jaime Acorda
NOTARY PUBLIC in and for the
County of Churchill,
State of Nevada

JAIME ACORDA
Notary Public - State of Nevada
Appointment Recorded in Churchill County
MY APPOINTMENT EXPIRES NOV. 8, 1996

286576
OFFICIAL RECORDS
CHURCHILL COUNTY NEVADA
CHURCHILL CO CLERK TREASURER
94 NOV 21 A8:58
IRENA MORETTO
COUNTY RECORDER
FEE

287428

R.P.T.T.$ 75¢

# QUITCLAIM DEED

THIS INDENTURE, made this Twentieth day of December, 1994, between RUBY ANDERSON, Treasurer and Trustee for Churchill County, State of Nevada, The Party of the First Part, and ComVets Mining of 2875 Allen Rd, Fallon, Nevada, 89406, Parties of the Second Part.

W I T N E S S E T H :

WHEREAS, The Party of the First Part holds in trust under tax sale and deed certain parcels of land; and

WHEREAS, The Board of County Commissioners of Churchill County, State of Nevada, on the First day of December, A.D., 1994, authorized and directed said County Treasurer, as Trustee, to sell at Public Auction to the highest bidder for cash, a certain parcel of land as hereinafter described; and

WHEREAS, The said Party of the First Part on Tuesday, the Twentieth day of December, A.D., 1994, at the hour of 10:00 A. M., of said day, after due and public notice had been given as required by the laws of the State of Nevada, duly and fairly sold at public auction on the West side of the Courthouse, in the City of Fallon, County of Churchill, State of Nevada, pursuant to said order and the provisions of law, the premises as hereinafter described, to ComVets Mining, Parties of the Second Part, for the sum of FOUR HUNDRED AND NO/100 ($400.00) DOLLARS, in lawful money of the United States of America, They being the highest bidder and that being the highest and best sum bid for the same; and

WHEREAS, The said Parties of the Second Part thereupon paid to the County Treasurer and Trustee the said sum of FOUR HUNDRED AND NO/100 ($400.00) DOLLARS, and the Board of County Commissioners approved such on the First day of December, 1994, and thereupon authorized and directed the County Treasurer and Trustee to execute a deed of Conveyance to the said purchaser the property hereinafter described:

NOW, THEREFORE, this indenture witnesseth; That the said RUBY ANDERSON, Treasurer and Trustee for Churchill County, State of Nevada, in order to carry out the effect of the sale so made by her as aforesaid, and in pursuant of said order so made as aforesaid, and in conformity with the statutes in such cases made and provided, and also in consideration of the sum of FOUR HUNDRED AND NO/100 ($400.00) DOLLARS, so bid and paid to her by the Parties of the Second Part, the receipt whereof is hereby acknowledged; hath remised, released, and quitclaimed and by these presents does remise, release, and forever quitclaim unto the said Parties of the Second Part and to the survivor of them, and to the heirs and assigns of such survivor forever, all the right, title, and interest which the said Party of the First Part, on the Twentieth day of December, A.D., 1994, or at any time afterwards or now, has of, in and to that certain lot, piece, or parcel of land situated, lying and being in the County of Churchill, State of Nevada, as acquired by tax deed and by virtue of certificate of sale, and described as follows, to-wit:

287326

A patented mining claim
THE FAIRVIEW MINING DISTRICT
SURVEY #2745
NAMED: Detroit; Tiger
PARCEL #000-061-99

TOGETHER WITH, all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in any wise appertaining and reversion and reversions, remainder and remainders, rents, issues, and profits thereof.

TO HAVE AND TO HOLD, all and singular, the premises abovementioned and described and hereby conveyed or intended so to be, together with appurtenances, unto the said Parties of the Second Part.

IN WITNESS WHEREOF, the said Party of the First Part has hereunto set her hand and seal the day and year first abovewritten.

Ruby Anderson
RUBY ANDERSON,
TREASURER AND TRUSTEE

STATE OF NEVADA )
) ss.
County of Churchill )

On the 30 day of December, A.D., 1994, personally appeared before me, the undersigned a Notary Public in and for the County of Churchill, State of Nevada, RUBY ANDERSON, Treasurer and Trustee of Churchill County, State of Nevada, known to me to be the person described in and who executed the foregoing document who acknowledged to me that she executed the same freely and voluntarily and for the uses and purposes mentioned therein.

Jaime Acorda
NOTARY PUBLIC

JAIME ACORDA
Notary Public - State of Nevada
Appointment Recorded in Churchill County
MY APPOINTMENT EXPIRES NOV. 8, 1996

287326
OFFICIAL RECORDS
CHURCHILL COUNTY NEVADA
'95 JAN -6 A10:53

TRENA MORETTO
COUNTY RECORDER
FEE DEP



END OF DOCUMENT

US00043