# EXHIBIT J

File#15338.

GENERAL LAND OFFICE No.46489. MINERAL CERTIFICATE No.1146.

MINERAL PATENT.
LAND DISTRICT. CARSON CITY, NEVADA.

General Land Office.
No.46489.

Mineral Certificate.
No.1146.

THE UNITED STATES OF AMERICA,

To all to whom these presents shall come greeting:

WHEREAS, In pursuance of the provisions of thr Revised Statutes of the United States, Chapter Six, Title Thirty-two, and legislation supplemental thereto, there have been deposited in the General Land Office of the United States, the Plat and Field Notes of survey and the Certificate No.1146, of the Register of the Land Office at Carson City in the State of Nevada, accompanied by other evidence whereby it appears that the Cyclone Mining Company did, on the seventh day of October, A. D. 1907, duly enter and pay for that certain mining claim or premises known as the Arizona, Montana, Cyclone, Golden West, Lone Tree, Whirlwind, Zeypher, Little Lena, and Triangle lode mining claims, designated by the Surveyor General as Survey No.2731, embracing a portion of the unsurveyed public domain, in the Fairview Mining District, in the County of Churchill and State of Nevada in the District of Lands subject to sale at Carson City and bounded, described, and platted as follows, with magnetic variation seventeen degrees, thirty minutes east:

Beginning for the description of the Arizona lode claim at corner No.1, a pine post four inches square, four and one-half feet long, marked 1-2-2731, with mound of stones, from which U. S. Location Monument No. 182 bears south eighty-five degrees, thirteen minutes, twenty seconds east two thousand nine hundred sixty and four tenths feet distant;

Thence, first course, south sixty-two degrees, forty-six minutes west one thousand ninety-seven and fifty-four-hundredths feet intersect line 3-4 of the Ida M. No. 1 lode claim, survey No. 2657, at south fourteen degrees, twenty minutes west four hundred eighteen and twenty-two-hundredths feet from corner No.4; one thousand four hundred ninety-eight and eight-tenths feet to corner No.2, apine post four inches square, four and one -half feet long, marked 2-4-2731, with mound of earth and stone;

Thence second course, north twenty-seven degrees, fifty three minutes west four hundred forty-six and two-tenths feet intersect line 1-2 of said Ida M. No.1 lode claim; five hundred ninety-three and four-tenths feet to cornerNo.3, a pine post four inches square, four and one-half feet long, marked 3- 2731, with mound of earth and stones;

Thence, third course, north sixty-two degrees, thirty-one minutes east one hundred thirty-two and seven tenths feet intersect line 1-2 of said Ida M. No.1 lode claim; three hundred sixty-seven and forty-four-hundredths feet intersect line 4-1 of said Ida M. No. 1 lode claim at north seventy-five degrees, forty minutes west four hundred twenty-five and five hundredths feet ~~twenty-five-and-five-hundredths-feet~~ from corner No. 4; one thousand four hundred ninety-eight and eight-tenths feet to corner No.4, a pine post four inches square, four and one-half feet long, marked 4-3-2731, with mound of earth and stone;

Thence, fourth course south twenty-seven degrees, fifty three minutes east three hundred feet to a point from which location monument bears south sixty-two degrees, thirty-one minutes west seven hundred eighty-one and eight-tenths feet distant; six hundred feet to corner No.1 the place of beginning; the survey of the lode claim, as above described, extending one thousand four hundred ninety-eight and eight -tenths feet in length along said Arizona vein or lode;

Beginning for the description of the Montana lode claim, at corner No.1, a pine post four inches square, four and one-half feet long, marked 1-2731, with mound of stone, from which said U. S. Location Monument No. 182 bears south sixty degrees, forty-five minutes, forty seconds east one thousand eight hundred sixty-seven and eight-tenths feet distant;

Thence, first course, south sixty-three degrees, fourteen minutes west one thousand four hundred seventy-eight and seven-tenths feet to corner No.2 identical with corner No.1 of said Arizona lode claim;

Thence, second course, north twenty-seven degrees, fifty-three minutes west six hundred feet to corner No.3, identical with corner No.4, of said Arizona lode claim;

Thence, third course north sixty-three degrees, fourteen minutes east one thousand four hundred seventy-eight and seven-tenths feet to corner No.4, a pine post four inches square, four and one-half feet long, marked 4-2731, with mound of earth and stone:

Thence, fourth course, south twenty-seven degrees, fifty-three minutes east three hundred feet to a point from which location monument bears south sixty-three degrees, fourteen minutes west one thousand one hundred sixty-nine and seven -tenths feet distant; six hundred feet to corner No.1, the place of beginning; the survey of the lode claim,as above described, extending one thousand four hundred seventy-eight and seven-tenths feet in length along said Montana vein or lode;

Beginning, for the description of the Cyclone lode claim, at corner No.1, a pine post four inches square, four and one-half feet long, marked 1-2-1-4-2731, with mound of earth and stone from which said U. S.Location Monument No.182 bears north eighty-seven degrees.forty-five minutes, fifty seconds east two thousand three hundred twenty-three and eight-tenths feet distant;

Thence, first course, south sixty-two degrees. twenty-five minutes west one thousand four hundred ninety feet to corner No.2 a pine post four inches square, four and one-half feet long, marked 2-6-2731, with mound of earth and stone;

Thence, second course, north twenty-eight degrees,twenty-five minutes west three hundred feet to a point from which location monument bears north sixty-two degrees,forty-six minutes west nine hundred two and one-tenth feet distant; five hundred ninety-five and seventy-two-hundredths feet intersect line 3-4, the east side line, of said Ida M. No.1 lode claim; five hundred ninety-six and five -tenths feet intersect line 1-2 of said Arizona lode claim; six hundred feet to corner No. 3, a pine post four inches square, four and one-half feet long marked 3-5-2731, with mound of earth and stone;

Thence, third course, north sixty-two degrees, forty-six minutes east three and eighty-eight hundredths feet intersect said line 3-4-of the Ida M.No.1 lode claim; one thousand four hundred ninety and one-tenth feet to corner No. 4, a pine post four inches square, four and one-half feet long marked 4-3-2731, with mound of earth and stone;

Thence, fourth course, south twenty-eight degrees, twenty-five minutes east six and seventy-three hundredths, feet intersect line 1-2of said Montana lode claim; five hundred ninety and seven-tenths feet to corner No. 1, the place of beginning; the survey of the lode claim, as above described, extending one thousand four hundred ninety and one-tenth feet in length along said Cyclone vein or lode:

Beginning, for the description of the Golden West lode claim, at corner No. 1, a pine post four inches square, four and one-half feet long, marked 1-2-2731, with mound of earth and stone, from which said U. S. Location Monument, No.182 bears south fifty-nine degrees, eighteen minutes, forty seconds east one thousand one hundred forty-one and four-tenths feet distant;

Thence, first course, south sixty-three degrees, twenty minutes west one thousand five hundred feet to corner No. 2, identical with corner No. 1, of said Cyclone lode claim;

Thence, second course, north twenty-eight degrees, twenty-five minutes west two hundred ninety-seven and seven-tenths feet to location monument, five hundred eighty-three and ninety-seven-hundredths feet intersect line 1-2 of said Montana lode claim; five hundred ninety and seven-tenths feet to corner No. 3, identical with corner No.4, of said Cyclone lode claim;

Thence, third course, north sixty-three degrees, twenty minutes east one thousand five hundred feet to corner No.4, a X and 4-3-2731 marked on ledge of rock forty feet long, ten feet wide, six feet above the general surface, with mound of stone;

Thence, fourth course, south twenty-eight degrees, twenty-five minutes east five hundred and ninety and seven-tenths feet to corner No.1, the place of beginning; the survey of the lode claim, as above described, extending one thousand five hundred feet in length along said Golden West vein or lode:

Beginning, for the description of the Lone Tree lode claim, at corner No.1, a pine post four inches square, four and one-half feet long, marked 1-1-2731, with mound of earth and stone from which said U. S. Location Monument No.182 bears south fifty-seven degrees, forty-nine minutes east one thousand one hundred twenty-three feet distant;

Thence, first course, south sixty-three degrees, twenty minutes west twenty-seven and five-tenths feet to a point from which location monument bears north twenty-eight degrees twenty-five minutes west two hundred fifty-one feet distant; thirty-four and eight-tenths feet to corner No. 2, identical with corner No. 1, of said Golden West lode claim;

Thence, second course, north twenty-eight degrees, twenty-five minutes west five hundred ninety and seven-tenths feet to corner No. 3, identical with corner No.4,of said Golden West lode claim;

Thence, third course, north sixty-three degrees, twenty minutes east sixty and five tenths feet to corner No. 4, a pine post four inches square,four and one-half feet long, marked 4-2731, with mound of earth and stone;

Thence, fourth course, south twenty-five degrees, fifty-five minutes east five hundred ninety and five-tenths feet to corner No, 1,the place of beginning; the survey of the lode claim, as aboved described, extending five hundred ninety and seven-tenths feet in length along said Lone Tree vein or lode;

Beginning, for the description of the Whirlwind lode claim, at corner No.1, identical with corner No. 1, of said Cyclone and corner No. 2, of said Golden West lode claims;

Thence, first course, south twenty-eight degrees, eight minutes east five hundred ninety five feet to corner No. 2, a pine post four inches square, four and one-half feet long, marked 2-3-2731, with mound of earth and stone;

Thence, second course south sixty-two degrees, fourteen minutes west one thousand three hundred seventy-three and ninety-three-hundredths feet intersect line 4-1, the north-east side line, of the Ida M. No.4 lode claim, Survey No.2657; one thousand four hundred ninety-eight feet to corner No.3, apine post four inches square, four and one-half feet long, marked 3-1-2731, with mound of earth and stone;

Thence, third course, north twenty-eight degrees, eight minutes west three hundred feet to a point from which location monument bears north sixty-two degrees, twenty-five minutes east six hundred thirty and one-tenth feet distant; three hundred fourteen and nine-tenths feet intersect said line 4-1 of the Ida M. No.4 lode claim; six hundred feet to corner No.4 a pine post four inches square, four and one -half feet long, marked 4-2731, with mound of earth and stone;

US00046

Thence, fourth course north sixty-two degrees, twenty-five minutes east one thousand four hundred ninety-eight and one-tenth feet to corner No.1, the place of beginning; the survey of the lode claim, as above described, extending one thousand four hundred ninety-eight feet in length along said Whirlwind vein or lode:

Beginning, for the description of the Zeypher lode claim, at corner No.1, identical with corner No.1, of said Lone Tree lode claim;

Thence, first course, south twenty-eight degrees ten minutes east three hundred feet to a point from which location monument bears south sixty-three degrees, twenty minutes west one thousand four hundred eighty-two feet distant; five hundred ninety-five feet to corner No.2, a pine post four inches square, four and one-half feet long, marked 2-2731, with mound of earth and stone;

Thence, second course south sixty-three degrees- twenty minutes west one thousand five hundred feet to corner No. 3, a pine post four inches square, four andone-half feet long, marked 3-6-2731, with mound of earth and stone;

Thence, third course, north twenty-eight degrees, ten minutes west five hundred ninety-five feet to corner No.4, a X and 4-5-2731, marked on ledge of rock 3x5x2 feet above the general surface, with mound of stones, situate on line 1-2 of said Golden West lode claim;

Thence, fourth course, north sixty-three degrees, twenty minutes east one thousand five hundred feet to corner No.1, the place of beginning; the survey of the lode claim, as above described, extending one thousand five hundred feet in length along said Zeypher vein or lode;

Beginning, for the description of the Little Lena lode claim, at corner No.1, a pine post four inches square, four and one half feet long, marked 1-2731, with mound of earth and stone from which said U.S. Location Monument No.182 bears north fifty-seven degrees, six minutes, forty seconds east two thousand sixty-five and five-tenths feet distant;

Thence , first course, south sixty-three degrees, twenty minutes west thirty feet to corner to corner No.2, a pine post four inches square, four and one-half feet long, marked 2-2731, with mound of earth and stone;

Thence, second course, north twenty-eight degrees, twenty minutes west five hundred ninety and four-tenths feet to corner No.3, identical with corner No.2, ofsaid Whirlwind lode claim:

Thence, third course, north twenty-eight degrees, eight minutes west five hundred ninety-five feet to corner No 4, identical with corners Nos. 1 of said Whirlwind and Cyclone lode claims;

Thence, fourth course, north sixty-three degrees, twenty minutes east two feet to a point from which location monument bears south twenty-eight degrees, ten minutes east eighty-eight feet distant; thirty-four and eight-tenths feet to corner No.5, identical with corner 4, of said Zeypher lode claim;

Thence ,fifth course, south twenty-eight degrees,ten minutes east five hundred ninety-five feet to corner No.6, identical with corner No.3, of said Zeypher lode claim;

Thence, sixth course, south twenty-seven degrees, fifty minutes east five hundred ninety and three-tenths feet to corner No.1, the place of beginning; the survey of the lode claim as above described,extending one thousand one hundred eighty-five and four-tenths feet in length along said Little Lena vein or lode:

Beginning, for the description of the Triangle lode claim, at corner No.1, identical with corner No.3, of said Whirlwind lode claim, from which said U.S. Location Monument No.183 bears north sixty-eight degrees, forty-one minutes, thirty seconds east three thousand six hundred fourteen feet distant;

p89

Thence, first course, south sixty-two degrees, sixteen minutes west one hundred ninety-seven and three-tenths feet to corner No. 2, a pine post four inches square, four and one-half feet long, marked 2-2731, with moundof earth and stone;

Thence, second course, north forty-six degrees, seven minutes west six hundred thirty-two and two-tenths feet to corner No.3, a pine post four inches square, four and one-half feet long, marked 3-2731, with mound of earth and stone;

Thence, third course, north twenty-eight degrees, twenty-five minutes west one hundred fifty-seven and six-tenths feet intersect line 1-2 of said Ida M. No. 4, lode claim at south fourteen degrees, twenty minutes west two hundred twenty-five and ninety-eight-hundreths feet from corner No.1, also intersect line 3-4 the east side line, of said Ida M. No 1, lode claim; six hundred feet to corner No.4, identical with cornerNo.2, of said Arizona lode claim;

Thence, fourth course, north sixty-two degrees, sixteen minutes east two hundred seven feet to a point from which location monument bears south twenty-eight degrees, twenty-five minutes east two hundred sixty-four feet distant; four hundred and six-tenths feet to corner No.5, identical with corner No. 3, of said Cyclone lode claim;

Thence, fifth course, south twenty-eight degrees, twenty -five minutes east four and twenty-eight-hundredths feet intersect said line 3-4 of the Ida M. No.1, lode claim; six hundred feet to corner No. 6, identical with corner No.2, of said Cyclone lode claim;

Thence, sixth course, south twenty-seven degrees, twenty-one minutes east two hundred ninety-five and sixty-six-hundredths feet intersect line 4-1 of said Ida M. No.4, lode claim at south forty-nine degrees, thirty-five minutes east six hundred sixty-nine feet from corner No.1; sixhundred feet to corner No.1, the place of beginning; the surveyof the lode claim as above described, extending one thousand two hundred feet in length along said Triangle vein or lode, expressly excepting and excluding from these presents all that portion of the ground hereinbefore described, embraced in said Ida M. No.1 and Ida M.No.4 lode claims, Survey No. 2657 in conflict with said Triangle lode claim, and also all veins. lodes and ledges, throughout their entire depth, the tops or apexes of which lie inside of such excluded ground; the premises herein granted containing one hundred twenty-six and four hundred eleven-thousandths acres more or less:

NOW KNOW YE, That there is therefore granted by the United States unto the said Cyclone Mining Company and to its successors and assigns, the said mining premises hereinbefore described, and not expressly excepted from these presents, and all that portion of the said Arizona, Montana, Cyclone, Golden West, LoneTree, Whirlwind, Ceypher, Little Lena, and Triangle veins, lodes, or ledges; and all other veins, lodes and ledges throughout their entire depth the tops or apexes of which lie inside of the surface bounda ry line of said granted premises in said Survey No.2731 extended downward vertically, although such veins, lodes or ledges in thir downward course may so far depart from a perpendicular as to extend outside the vertical side lines of said premises; Provided, that the right of possession to such outside parts of said veins, lodes or ledges, shall be confined to such portions thereof as lie between vertical planes drawn downward through the end lines of said Survey No.2731 so continued in their own direction that such planes will intersect such exterior parts of said veins, lodes or ledges: And provided further, That nothing herein contained shall authorize the grantee herein to enter upon the surface of a claim owned or possessed by another.

TO HAVE AND TO HOLD said mining premises, together with all the rights privileges, immunities, and appurtenances of whatsoever nature thereunto belonging unto the said grantee above named and to its successors and assigns forever; subject nevertheless to the above mentioned and to the following conditions and stipulations:

(Con. next page)

US00048

First. That the premises hereby granted with the exception of the surface, may be entered by the proprieter of any other vein, lode or ledge, the top or apex of which lies outside of the boundary of said granted premises, should the same in its dip be found to penetrate, intersect or extend into said premises, for the purpose of extracting and removing the ore from such other vein, lode or ledge.

Second. That the premises hereby granted shall be held subject to any vested and accrued water rights for mining, agricultural, manufacturing or other purposes, and rights to ditches and reservoirs used in connection with such water rights as may be recognized and acknowledged by the local laws, customs, and decisions of the courts. And there is reserved from the lands hereby granted a right of way thereon for ditches or canals constructed by the authority of the United States.

Third. That in the absence of necessary legislation by Congress, the Legislature of Nevada may provide rules for working the mining claim or premises hereby granted, involving easements, drainage and other necessary means to its complete development.

IN TESTIMONY WHEREOF, I, Theodore Roosevelt, President of the United States of America, have caused these letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

GIVEN under my hand at the City of Washington, the ninth day of April, in the year of our Lord one thousand nine hundred and eight, and of the Independence of the United States the one hundred and thirty second.

(United States Seal)

By the President: Theodore Roosevelt
By M. W. Young, Secretary
H. W. Sanford
Recorder of the General Land Office.

Endorsed:
Recorded Vol. 458, pp. 373, to 380 inc.

Filed for record at the request of John F. Heeney May 1, 1909 at 10 o'clock A. M.

G W Zitoss
Co. Recorder.

VERIFIED

File #15529.

Bk 1

~~OFFICIAL~~
~~RECORDS~~
DEEDS
Bk 21

~~P 462~~ N
P 461

VERIFIED

File #52670

DEED

THIS INDENTURE, Made this 10th day of December, A. D. 1937, BETWEEN G. W. Likes, Treasurer of Churchill County, State of Nevada, party of the first part and G. W. Likes, Trustee for Churchill County, State of Nevada, the party of the second part.

WITNESSETH: That the said party of the first part for and in consideration of the sum of Seven Hundred Forty and 87/100 Dollars lawful money of the United States of America, to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, do by these presents grant, bargain, sell and convey unto the said party of the second part

and to his successors forever all of the following described lode mining claims, situate, lying and being in the County of Churchill, State of Nevada, viz:

Roll No. 1194 Patented Anglo Saxon, Survey #2919.

Roll No. 1456 Arizona Survey #2731 (Fairview Dist.) Montana, Cyclone, Golden West, Lone Tree, Whirlwind, Zepher, Little Lena, Triangle.

Roll No. 1533 Mars, Survey #3076, B & S, Survey #3072, Last Chance, Survey #3123, Last Chance #2, Survey #3326, Nevada Wonder #1, Ruby, Ruby #2, Survey #3327, Nevada Wonder #3, Survey #4225, Hidden Treasure #1, Hidden Treasure #2, Survey 4226, North Star, Rose #1, Twilight #2, Twilight #3, Survey #4227.

Roll No. 1538 Copper King, Survey #4180, Central, Horn Silver.

Roll No. 1537 Great Western #1, #2 and #3, Survey #3361A.

Roll No. 1541 Ivy #2, Survey #3213.

Roll No. 1543 Pennsylvania Survey #1831, Locomotive Survey #1831, Iron Horse Survey #1831, Wild Horse Survey #1831, Iron Mountain Survey #1831, Fairview Survey #1831, Chancellor Survey #1831, Desert View Survey #1831, Mountain Top Survey #1831, Albatross Survey #1832, Wyoming Survey #1832, Boyer Survey #1832, Cactus Survey #1832, Sea Gull Survey #1833, Pelican Survey #1833, Badger Survey #1834.

Roll No. 1462 Lost Chord, King Midas #1, King Midas #2, King Midas #3 and King Midas.

Roll No. 1482 Gold Lance #1, Gold Lance #2, Betsy, Betsy Fraction.

That the above described property was assessed by the County Assessor of said County for the year 1934, and duly entered on the Assessment Roll of said county for said year 1934 to the names of the following: viz.,

Roll No. 1194 ?. F. Leete, as shown on page 161,

Roll No. 1456 Cyclone Mining Co., as shown on page 200,

Roll No. 1533 W. F. Henshaw, as shown on page 219,

Roll No. 1538 Minnesota Nevada Investment Co., as shown on page 220,

Roll No. 1537, Unknown Owner, as shown on page 220,

Roll No. 1541, Unknown Owner, as shown on page 220,

Roll No. 1543 John T. Reid, as shown on page 220,

Roll No. 1462, Trygve & Mamie Kjelsberg, as shown on page 202,

Roll No. 1482 Jack E. & Jeanette Owen, as shown on page 205,

at a valuation of Twenty-eight thousand Dollars.

That said Assessment Roll was delivered to said County Treasurer for the purpose of collecting the taxes charged thereon on the 30th day of October, A. D. 1934.

That due and legal notice to each taxpayer was given in accordance with the Statutes of the State of Nevada, giving each tax payer personal notice of the amount of taxes due thereon.

That the name of each said delinquent tax payer, with the description of the property upon which the taxes has not been paid, with the valuation of the property and the amount of taxes due, were entered in the delinquency list for said year 1934, on Monday the 5th day of August, A. D. 1935.

That said County Treasurer caused to be published in the Fallon Standard, a newspaper of general circulation published in said County from the 21st day of August to and including

the 4th day of September, being Wednesday of said month and being the last publication therein, in the names of the delinquent taxpayers, with a full description of the property upon which taxes were due, with the amount of taxes, delinquencies, and costs of publication due thereon, with notice that if said taxes and all costs were not paid before the property would be sold at the front of the Court House, in the City of Fallon, Churchill County, Nevada, on the 9th day of September, 1935, at the hour of One o'clock P. M. of said day.

Said taxes and costs not having been paid as required by law, I did, in pursuance with said notice sell at public auction, at the time and place given in said notice to G. W. Likes, Trustee for the sum of Seven Hundred Forty & 87/100 Dollars, the amount of taxes and costs due on said property, he being the highest and best bidder for said property.

That certificates of sale describing said property were made and delivered to said purchaser, G. W. Likes, Trustee and a duplicate of said Certificates of Sale, delivered to the County Recorder of Churchill County, Nevada, which said Certificates recites that if said property is not redeemed before the expiration of Two years from the date of sale, towit: on the 10th day of September, A. D., 1937.

That said County Treasurer will execute and deliver to said purchaser a deed for said property.

Now the time for redemption of said property having expired and no part of said property having been redeemed by the payment of the taxes and costs on same, this conveyance is made in accordance with the Certificates of Sale, and said published notice.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining and the reversion and reversions, remainder and remainders, rents issues and profits thereof.

To have and to hold, all and singular the said premises together with the appurtenances, unto the said party of the second part and to his successors forever.

IN WITNESS WHEREOF, the said party of the first part has hereunto set his hand and seal the day and year first above written.

G. W. Likes

Treasurer of Churchill County, Nevada

STATE OF NEVADA )
( ss
COUNTY OF CHURCHILL )

On this 15th day of December, A. D. 1937, personally appeared before me, the undersigned a Notary Public of the State of Nevada, in and for the county of Churchill, G. W. Likes, Treasurer of Churchill County, Nevada, known to me to be said Treasurer of Churchill County, Nevada, and known to me to be the person described in and who executed the foregoing deed, and who acknowledged to me that he, as said Treasurer, executed said deed freely and voluntarily and for the uses and purposes therein mentioned.

Given under my hand and Notarial Seal the day and year above written.

(Official Seal) F. F. Franke

My Commission Expires: December 15, 1940 Notary Public

Filed for record at the Request of F. F. Franke Dec 15 1937 at 42 min. past 3 o'clock P. M.

Belle Wickland
County Recorder

VERIFIED

MINING
DEEDS

BK6

p102

VERIFIED

Gladys M. Dalby
County Recorder

File No. 99198

D E E D

THIS INDENTURE, made this ____ day of May, 1962, between the COUNTY OF CHURCHILL, a political subdivision of the State of Nevada, by and through its BOARD OF COUNTY COMMISSIONERS, the Party of the First Part, and FRANK W. LEWIS, of the City of Van Nuys, County of Los Angeles, State of California, the Party of the Second Part.

W I T N E S S E T H

WHEREAS, the Party of the Second Part on the 6th day of April, 1962, made application for permission to enter upon the following claims;

Survey No. 2731, Montana

Golden West

Lonetree

Triangle

Arizona

Little Lena

Cyclone

Whirlwind

Zepher

Survey No. 3277, Lena Annex

All in the FAIRVIEW MINING DISTRICT

and explore the same for valuable minerals under the authority of Chapter 19, of the Statutes of Nevada, 1935, as approved March 2nd, 1935, as amended; and

WHEREAS, on the 17th day of April, 1962, the said County Commissioners of said Churchill County, in regular session did contract with said Party of the Second Part in regard to the above described mining claims; and

WHEREAS, on the 7th day of May, 1962, the Party of the Second Part requested of said County Commissioners that they execute a deed conveying the title of such county to said Party of the Second Part, he having tendered and paid to said County Treasurer the sum for which said property became the property of said county; and

NOW, THEREFORE, THIS INDENTURE WITNESSETH: That the said Party of the First Part, the said Churchill County, by and through the Board of County Commissioners, in order to carry out the effect of the contract to the Statutes in such cases made and provided and also in consideration of the premises and the sum of Three Hundred Two and 50/100 ($302.50) Dollars, the sum for which said property became the property of said county, and paid to it by the purchaser, the said FRANK W. LEWIS, the receipt whereof is hereby acknowledged do quitclaim unto the said Party of the Second Part, and to his heirs and assigns all the estate, right, title and interest which the said Party of the First Part, has of, in and to those certain lode mining claims, situate, lying and being in the County of Churchill, State of Nevada, and more particularly described as follows, to wit:

FAIRVIEW MINING DISTRICT

Survey No. 2731, Montana

Golden West

Lonetree

Triangle

Arizona

Little Lena

Cyclone

Whirlwind

Zepher

Survey No. 3277, Lena Annex

together with all and singular, the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

Bk 6

TO HAVE AND TO HOLD, all and singular, the premises above-mentioned and described together with the appurtenances unto the said Party of the Second Part, and to his heirs and assigns forever.

IN WITNESS WHEREOF, the said Party of the First Part, by and through its motion and resolution hereto passed has caused these presents to be executed and signed by the Chairman of the Board of County Commissioners and attested by the Clerk of said Board.

(55¢ of Documentary Stamps Cancelled.)

BOARD OF COUNTY COMMISSIONERS
OF CHURCHILL COUNTY, NEVADA

BY R. J. Kolstrup
R. J. KOLSTRUP, Chairman

ATTEST: MAE LOFTHOUSE, Clerk

Mae Lofthouse

STATE OF NEVADA, )
) SS
COUNTY OF CHURCHILL )

On this 18th day of May, 1962, personally appeared before me, a Notary Public in and for the County of Churchill, State of Nevada, R. J. Kolstrup, known to me to be the Chairman of the Board of County Commissioners of Churchill County, Nevada, that, executed the foregoing instrument, and upon oath did depose that he is the officer of said Churchill County as above designated; that he is acquainted with the official seal of the Clerk of Churchill County, that the seal affixed to said instrument is the official seal of the County Clerk, that the signatures of said instrument were made by the officers of said county, as indicated after said signatures, and that said Churchill County executed said instrument freely and voluntarily and for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day and year in this certificate above written.

(SEAL)

Beatrice L. Ogden
NOTARY PUBLIC IN and for said
County and State.

My Commission Expires: May 15, 1965

Filed for record at the Request of Churchill Co. Clerk & Treas. MAY 18 1962 at 2 min. past 2 o'clock P.M.

**VERIFIED**

Gladys R Dalbey
County Recorder

# EXHIBIT K

Patents
Bk 1

p 359

File #23519.

Carson City 06644.

THE UNITED STATES OF AMERICA,

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

WHEREAS, In pursuance of the provisions of the Revised Statutes of the United States, Chapter Six, Title Thirty-two, and legislation supplemental thereto, there have been deposited in the General Land Office of the United States the Plat and Field Notes of Survey and the Certificate of the Register of the Land Office at Carson City, Nevada, accompanied by other evidence whereby it appears that the Fairview Consolidated Mines Company, has entered and paid for the Prince Albert, Eva B., Eva B. No.2, Argel No.1, Argel No.2, and Argel No.3 lode mining claims designated by the Surveyor General as Survey No. 4184, embracing a portion of Township sixteen north of Range thirty-four east of the Mount Diablo Meridian, in the Fairview Mining District, Churchill County, Nevada, and bounded, described and platted as follows: Beginning for the description of the Prince Albert lode claim, at corner No.1, a pine post four inches square, four feet long, marked P.A. 1- 4184, in mound of earth and stone, from which U.S. Location Monument No. 182, bears north sixty-seven degrees fifty-one minutes thirty seconds west four thousand sixty-two and three-tenths feet distant;

Thence, first course, north forty-five degrees fourty-four minutes east one thousand four hundred ninety-nine and one-tenth feet to corner No.2, a pine post six inches square, four feet long, marked P.A. 2- 4184, in mound of earth and stone;

Thence, second course, south forty-four degrees sixteen minutes east three hundred feet to a point from which discovery bears south forty-five degrees forty-four minutes west one thousand two hundred ninety-nine and one-tenth feet distant; five hundred ninety-nine and six-tenths feet to corner No.3, a pine post four inches square, four feet long, marked P.A. 3- 4184, in mound of earth and stone;

Thence, third course, south forty-five degrees forty-three minutes west one thousand

four hundred ninety-nine and one-tenth feet to corner No.4, a pine post four inches square, four feet long, marked P.A. 4- 4184, in mound of earth and stone;

Thence, fourth course, north forty-four degrees sixteen minutes west six hundred feet to corner No.1, the place of beginning; the survey of the lode claim, as above described, extending one thousand four hundred ninety-nine and one-tenth feet in length along said Prince Albert vein or lode;

Beginning, for the description of the Eva B. lode claim, at corner No.1, a pine post four feet long, four inches square, marked E.B. 1- 4184, in mound of earth and stone, from which said U.S. Location Monument No. 182, bears north sixty-six degrees twenty-five minutes twenty seconds west three thousand seven hundred seventeen and three-tenths feet distant;

Thence first course, north eighteen degrees fourteen minutes thirty seconds east one thousand five hundred feet to corner No.2, a pine post four feet long, four inches square, marked E.B. 2- 4184, in mound of earth and stone;

Thence, second course, south seventy-one degrees forty-one minutes east three hundred feet to a point from which discovery bears south eighteen degrees nineteen minutes west one thousand feet distant; six hundred feet to corner No.3, a pine post four feet long, four inches square, marked E.B. 3- 4184, in mound of earth and stone;

Thence, third course, south eighteen degrees nineteen minutes west nine hundred fifty-five feet intersect line 1 - 2 of said Prince Albertlode claim; one thousand five hundred feet to corner No. 4, a pine post four inches square, four feet long, marked E.B. 4- 4184 and A - 3 - 1 - 4184, with mound of earth and stone.

Thence, fourth course, north seventy-one degrees forty-one minutes west five hundred ninety-eight and one-tenth feet to corner No.1, the place of beginning; the survey of the lode claim, as above described extending one thousand fivehundred feet in length along said Eva B. vein or lode;

Beginning, for the description of the Eva B. No.2 lode claim, at corner No.1, a pine post four inches square, four feet long, marked E.B. 2- - -1- 4184, in mound of earth and stone; from which said U.S. Location monument No. 182 bears north sixty-nine degrees seven minutes fifty seconds west three thousand two hundred twenty-one and five-tenths feet distant;

Thence, first course, north twenty-four degrees eleven minutes east one thousand four hundred twenty-seven and six-tenths feet to corner No. 2, a pine post four inches square, four feet long, marked E.B. 2 - 2 4184, in mound of earth and stone;

Thence, second course, south forty-three degrees twentyfive minutes east three hundred eighty-one feet to corner No. 3, a pine post four inches square, four feet long, marked E.B. 2 - 3 - 4184, in mound of earth and stone;

Thence, third course, south eighteen degrees fourteen minutes thirty seconds west one thousand four hundred thirty-seven feet to corner No.1 of said Eva B. lode claim; one thousand four hundred ninety-nine and six-tenths feet to corner No.4, a pine post four inches square, four feet long, marked E.B. 2, 4 - 4184, in mound of earth and stones;

Thence, fourth course, north forty-three degrees twenty-five minutes west two hundred twenty-eight and nine-tenths feet to a point from which discovery bears north eighteen degrees fourteen minutes thirty seconds east five hundred feet distant; five hundred forty-eight and nine-tenths feet to corner No.1, the place of beginning; the survey of the lode claim, as above described, extending one thousand four hundred ninety-nine and six-tenths feet in length along said Eva B. No. 2 vein or lode;

Beginning, for the description of the Argel No.1 lode claim, at corner No.1, a pine post four inches square, four feet long, marked A-1, 1 - 4184, in mound of earth andstone,

from which said U.S.Location Monument No. 182, bears north seventy-two degrees fifty-two minutes ten seconds west five thousand ninety-two and four-tenths feet distant;

Thence, first course, north eighty-eight degrees nine minutes thirty seconds east three hundred feet to a point from which discovery bears south one degree fifty minutes thirty seconds east seven hundred fifty feet distant; six hundred feet to corner No.2 , a pine post four inches square, four feet long, marked A 1 - 2- 4184, in mound of earth and stone;

Thence, second course, south one degree fifty minutes thirty seconds east one thousand four hundred ninety-eight and five-tenths feet to corner No.3, a pine post four inches square, four feet long, marked A 1 - 3- 4184, in mound of earth and stone;

Thence, third course, south eighty-eight degrees nine minutes thirty seconds west six hundred feet to corner No.4, a pine post four inches square, four feet long, marked A 1 - 4 - 4184, in mound of earth and stone;

Thence, fourth course, north one degree fifty minutes thirty seconds west one thousand four hundred ninety-eight and five-tenths feet to corner No.1, the place of beginning; the survey of the lode claim as above described, extending one thousand four hundred ninety-eight and five-tenths feet in length along said Argel No. 1 vein or lode;

Beginning, for the description of the Argel No. 2 lode claim, at corner No.1, a pine post four inches square, four feet long, marked A. 2 - 1 - 4184, in mound of earth and stone, from which said U.S..Location Monument No. 182, bears north seventy-nine degrees twenty-five minutes forty seconds west four thousand three hundred seventeen feet distant;

Thence, first course, north eighty-eight degrees nine minutes thirty seconds east two hundred ninety-nine and seven-tenths feet to a point from which discovery bears south one degree fifty minutes thirty seconds east nine hundred ninety-nine feet distant- five hundred ninety-nine and seven-tenths feet to corner No. 2, a pine post four inches square four feet long marked A 2 - 2 - 4184. in mound of earth and stones;

Thence, second course, south one degree fifty minutes thirty seconds east seven hundred twenty-seven and four-tenths feet to corner No.1 of said Argel No. 1 lode claim; one thousand four hundred ninety-nine feet to corner No.3, a pine post four inches square, four feet long, marked A 2 - 3 - 4184, with mound of earth and stones;

Thence, third course, south eighty-eight degrees nine minutes thirty seconds west five hundred ninety_eight feet to corner No.4 , a pine post four inches square, four feet long, marked A 2 - 4- 4184, in mound of earth and stones;

Thence, fourth course, north one degree fifty-four minutes thirty seconds west one thousand four hundred ninety-nine feet to corner No.1, the place of beginning; the survey of the lode claim, as above described, extending one thousand four hundred ninety-nine feet in length along said Argel No.2 vein or lode;

Beginning, for the description of the Argel No.3 lode claim, at corner No.1, identical with corner No.4 of said Eva B. lode claim, from which said U.S.Location Monument No. 182, bears north sixty-seven degrees nine minutes west four thousand three hundred thirteen and three-tenths feet distant;

Thence, first course, south fifty-six degrees fifty-seven minutes thirty seconds east three hundred sixty-three and seven-tenths feet intersect line 4 - 1 of said Argel No.2 lode claim; one thousand three hundred two and six-tenths feet to corner No.2, a pine post four inches square, four feet long, marked A. 3 - 2- 4184, in mound of earth and stones;

Thence, second course, south eighteen degrees nineteen minutes west three hundred feet to a point from which discovery bears north fifty-six degrees fifty-seven minutes thirty seconds west one thousand two and six-tenths feet distant; four hundred ninety-eight feet to corner

US00058

No. 3, a pine post four inches square, four feet long, marked A - 3 - 3- 4184, in mound of earth and stones;

Thence, third course, north sixty degrees fifty-eight minutes thirty seconds west one thousand two hundred eighty-two and one-tenth feet to corner No.4, a pine post four inches square, four feet long, marked A. 3 - 4- 4184, in mound of earth and stone;

Thence, fourth course, north eighteen degrees nineteen minutes east five hundred ninety-one feet to corner No.1, the place of beginning; the survey of the lode claim as above described, extending one thousand three hundred two and six-tenths feet in length along said Argel No.3 vein or lode;-expressly excepting and excluding from these presents all that portion of the ground hereinbefore described, embraced in Tracts "A" and "B", described as follows: Tract "A" beginning at corner No.1 of said Eva B. No.2 lode claim, thence north twenty-four degrees eleven minutes east three hundred twenty-five feet, thence south twelve degrees west three hundred sixty-four and ninety-seven-hundredths feet, thence north forty-three degrees twenty-five minutes west eighty-three and three-tenths feet to the place of beginning; Tract "B" beginning at a point on line 1 - 2 of said Eva B. No.2 lode claim, north twenty-four degrees eleven minutes east three hundred twenty-five feet from corner No.1, thence north fifty-eight degrees east three hundred five and six-tenths feet, thence north forty-three degrees twenty-five minutes west one hundred eighty-three and ninety-six-hundredths feet, thence south twenty-four degrees eleven minutes west three hundred twenty-four feet to the place of beginning; the premises herein granted, containing ninety-four and ninehundred five-thousandths acres.

NOW KNOW YE, That there is therefore, pursuant to the laws aforesaid, hereby granted by the United States unto the said Fairview Consolidated Mines Company, the said mining premises hereinbefore described, and not expressly excepted from these presents, and all that portion of the said veins, lodes or ledges, and of all other veins, lodes, and ledges throughout their entire depth, the tops or apexes of which lie inside of the surface boundary lines of said granted premises in said survey extended downward vertically, although such veins, lodes, or ledges in their downward course may so far depart from a perpendicular as to extend outside the vertical side lines of said premises: Provided, That the right of possession to such outside parts of said veins, lodes or ledges shall be confined to such portions thereof as lie between vertical planes drawn downward through the end lines of said survey so continued in their own direction that such planes will intersect such exterior parts of said veins, lodes or ledges; And provided further: That nothing herein contained shall authorize the grantee herein to enter upon the surface of a claim owned or possessed by another.

TO HAVE AND TO HOLD said mining premises, together with all the rights, privileges, immunities, and appurtenances of whatsoever nature thereunto belonging, unto the said grantee above named and to its successors and assigns forever; subject, nevertheless, to the above mentioned and to the following conditions and stipulations:

First: That the premises hereby granted shall ~~not~~ be held subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local laws, customs, and decisions of the courts. And there is reserved from the lands hereby granted a right of way thereon for ditches or canals constructed by the authority of the United States.

Second. That in the absence of necessary legislation by Congress, the Legislature of Nevada may provide rules for working the mining claim or premises hereby granted, involving easements, drainage, and other necessary means to its complete development.

Bk 1 - PATENTS



IN TESTIMONY WHEREOF, I, Woodrow Wilson, President of the United States of America, have caused these letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the Thirty-first day of March, in the year of our Lord one thousand nine hundred and sixteen and of the Independence of the United States the one hundred and Fortieth.

By the President: Woodrow Wilson.

By M. P. LeRoy, Secretary.

(Land Office Seal)

L. Q. C. Lamar,

Recorded: Patent Number 522327.

Recorder of the General Land Office.

Filed for record at the request of J.P.O'Brien, May 26, 1916, at 1 o'clock P.M.

F. L. Franke
Co.Recorder.

VERIFIED

MINING DEEDS
BK 5

p. 528

VERIFIED Gladys R. Dalton
County Recorder

File No. 86117

DEED

THIS INDENTURE, made this 21st day of December, A. D., 1956, between the COUNTY OF CHURCHILL, a political subdivision of the State of Nevada, by and through its BOARD OF COUNTY COMMISSIONERS, the party of the first part, and the MARVIL EXPLORATION COMPANY, whose principal place of business is 1102 Tumbleweed Ave., Las Vegas, Nevada, as the party of the second part.

WITNESSETH:

WHEREAS, the party of the second part on the 17th day of November, 1956, made application for permission to enter upon the following claims: The Fairview District: Survey 3430, Boulder #6, Wedge Lode; Survey 3927, Silver Butte; Survey 4184, Eva B, Eva B #2, Argel #1, Argel #2, Argel #3, Prince Albert; Survey 2664, Nappiss and Florence, Survey 3206, Ohio and Ohio #1; Survey 3213, Bradshaw Fraction and Ivy #2; Survey 3673, Jack Rabbit, The Sand Springs Mining District: Survey 4231, Banner; Survey 4278, South Side Borax Claim; Survey 4279, Midland Borax Claim. The Wonder Mining District: Survey 3072, B and S Lode; Survey 3326, Last Chance #2; Survey 3327, Nevada Wonder #1 and Ruby #2; Survey 4225, Nevada Wonder #3; Survey 4226, Hidden Treasurer #2, and explore the same for valuable minerals under the authority of Chapter 19 of the Statutes of Nevada, 1935, as approved March 2nd 1935; as amended; and

WHEREAS, on the 17th day of November, 1956, the said County Commissioners of said Churchill County, in regular session did contract with said party of the second part in regard to the above described mining claims, and

WHEREAS, on the 11th day of December, 1956, the party of the second part requested of said County Commissioners that they execute a deed conveying the title of such county to said party of the second part, he having tendered and paid to said County Treasurer the sum for which said property became the property of said county; and

NOW, THEREFORE, This Indenture Witnesseth: That the said party of the first part, the said Churchill County by and through the Board of County Commissioners, in order to carry out the effect of the contract to the Statutes in such cases made and provided and also in consideration of the premises and the sum of Six Hundred Twelve and no/100 ($612.00) Dollars, the sum for which said property became the property of said county, and paid to it by the purchaser, the said Marvil Exploration Company, the receipt whereof is hereby acknowledged do grant, bargain, sell and convey unto the said party of the second part, and to its heirs and assigns all the estate, right, title and interest which the said party of the first part, has, of, in and to those certain lode mining claims, situate, lying and being in the County of Churchill, state of Nevada and more particularly described as follows, to wit:

The Fairview District: Survey 3430, Boulder #6 Wedge Lode; Survey 3927, Silver Butte; Survey 4184, Eva B, Eva B #2, Argel #1, Argel #2, Argel #3, Prince Albert; Survey 2664, Nappias and Florence; Survey 3206, Ohio and Ohio #1; Survey 3213, Bradshaw Fraction and Ivy #2; Survey 3673, Jack Rabbit, The Sand Springs Mining District: Survey 4231, Banner; Survey 4278, South Side Borax Claim; Survey 4279, Midland Borax Claim. The Wonder Mining District: Survey 3072, B and S.Lode; Survey 3326, Last Chance #2; Survey 3327, Nevada Wonder #1 and Ruby #2; Survey 4225, Nevada Wonder #3; Survey 4226, Hidden Treasurer #2, and together with all and singular, the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

TO HAVE AND TO HOLD, all and singular, the premises above-mentioned and described together with the appurtenances unto the said party of the second part, and to his heirs and assigns forever.

IN WITNESS WHEREOF, THE said party of the first part, by and through its motion and resolution hereto passed has caused these presents to be executed and signed by the Chairman of the Board of County Commissioners and attested by the Clerk of said Board.

(SEAL)

Board of County Commissioners
of Churchill County, Nevada

By R. J. Kolstrup
Chairman

Attest: Gerald J. Lunos
Clerk

STATE OF NEVADA, )
( ss.
County of Churchill )

On this 21st day of December, A. D., 1956, personally appeared before me, John W. Diehl, A Notary Public in and for the County of Churchill, state of Nevada, R. J. Kolstrup, known to me to be the Chairman of the Board of County Commissioners of Churchill County, Nevada, that, executed the foregoing instrument, and upon oath did depose that he is the officer of said Churchill County as above designated; that he is acquainted with the official seal of the Clerk of Churchill County, that the seal affixed to said instrument is the official seal of the County Clerk, that the signatures of said instrument were made by the officers of said county, as indicated after said signatures, and that said Churchill County executed said instrument freely and voluntarily and for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day and year in this certificate above written.

(SEAL)

John W. Diehl
Notary Public

My Commission expires: Oct. 24, 1959.

Filed for record at the Request of Gerald J. Lumos, Treas. DEC 26 1956 at 55 min. past 2 o'clock P. M.

**VERIFIED**

County Recorder

[illegible]S ~~QUITCLAIM DEED~~ ~~PLACER CLAIMS~~

MINING DEEDS Bk 5

MINING DEEDS BK 6

p. 68

File No. 96759

DEED

THIS INDENTURE, made this 27th day of April, A. D. 1961, at Fallon, County of Churchill, State of Nevada, by and between Lloyd Parrish, Treasurer and Ex-Officio Tax Receiver, of the County of Churchill, State of Nevada, as Party of the First Part, and Lloyd Parrish, Treasurer of the County of Churchill, State of Nevada, as Trustee, as Party of the Second Part,

WITNESSETH

That whereas, the following described land and premises were duly assessed by the County Assessor of Churchill, State of Nevada, for the year 1957-1958, to MARVIL EXPLORATION COMPANY, according to the provisions of *Section 6421, NCL 1929, and duly entered upon the tax roll of said county for said year to the names of the owners or claimants of such property hereinafter set forth as shown by said tax roll.
*As amended

That thereafter and in the manner and at the times and in accordance with the Statutes, the said assessment and tax list was completed and presented to the County Board of Equalization and duly equalized as provided in *Section 6434, 1929 NCL 1941 Supp.: that thereafter said assessment roll was delivered to the County Auditor of Churchill County and was by said Auditor duly audited and the taxes extended according to the tax rate duly fixed as provided by law.

p69

That thereafter, said tax roll was delivered to and received by the Ex-Officio Tax Receiver of Churchill County for the purpose of receiving and collecting the taxes due and as shown thereon: that due and legal notice was given as provided in *Section 6440, 1929 NCL 1941 Supp., stating the dates when the taxes will be due and payable and the penalties and interest added if not paid accordingly.

That after the first Monday in March, 1959, the Tax Receiver caused to be published or posted as required by *Chapter 177, Statutes of 1947, the list of delinquent tax property, giving the name of the owner, if known, the description of the property on which such taxes are a lien, the amount of taxes due on said property and the penalties and costs as provided by law: that if said amount is not paid the Tax Receiver will, on the fourth Monday in April of the current year at 1:30 o'clock P. M. of said day, issue to the County Treasurer, as Trustee for state and county, a certificate authorizing him to hold said property, subject to redemption within two years after date thereof: that a copy of said notice was sent by registerd mail to the person or persons listed as the taxpayer on the tax roll at their last known address and a copy mailed in the same manner not less than 60 days before the expiration of the period of redemption as stated in the notice.

That said taxes, penalties and costs not having been paid as required by law, the Party of the First Part, the Treasurer and Ex-Officio Tax Receiver, did issue to the County Treasurer of Churchill County, the certificate required by said *Chapter 177, Statutes of 1947.

And whereas, the time for redemption of said property has expired and no part of the following described property has been redeemed as by law provided, this conveyance is made in accordance with said certificate and the statutes in such case made and provided.

NOW, THEREFORE, the said Party of the First Part, pursuant to the statutes, for and in consideration of the sum of One thousand Six hundred Ninety-three and 48/100 ($1,693.48), Dollars, the same being in legal effect made, does by these presents, remise, release, quitclaim and convey unto the Party of the Second Part and to his successors, in trust for the use and benefit of the State of Nevada, and the County of Churchill, all right, title and interest in and to the following described land and premises, situate, lying and being in the county of Churchill, state of Nevada, to-wit:

Roll #'s 1869 and 1870

FAIRVIEW MINING DISTRICT

Survey #3430 - Boulder #6 Wedge Lode.

Survey #3927 - Silver Butte.

Survey #4184 - Eva B., Eva B. #2, Argel #1, Argel #2, Argel #3 and Prince Albert.

Survey #2664 - Nappias and Florence #4.

Survey #3206 - Ohio and Ohio #1.

Survey #3213 - Bradshaw Fraction and Ivy #2.

Survey #3673 - Jack Rabbit.

WONDER MINING DISTRICT

Survey #3072 - B & S Lode.

Survey #3326 - Last Chance #2.

Survey #3327 - Nevada Wonder #1 and Ruby #2.

Survey #4225 - Nevada Wonder #3.

Survey #4226 - Hidden Treasurer #2.

*As Amended

MINING DEEDS BK 6

TOGETHER with all and singular the tenements, hereditaments, ditch and ditch rights, water and water rights, and appurtenances thereunto belonging or in anywise appertaining, the reversion and reversions, remainder and remainders, rents, issues, and profits thereof.

TO HAVE AND TO HOLD in trust as aforesaid, all and singular, the said premises, together with the appurtenances unto the said Party of the Second Part and his successors in trust as aforesaid, pursuant to the provisions of *Chapter 169, Statutes of Nevada, 1947.

IN WITNESS WHEREOF, the Party of the First Part has hereunto set his hand and executed this instrument the day and year first above written.

LLOYD PARRISH, Ex-Officio Tax
Receiver of Churchill County,
State of Nevada

Lloyd Parrish

STATE OF NEVADA, )
: ss.
COUNTY OF CHURCHILL. )

On this 27 day of April, 1961, personally appeared before me, the undersigned, a Notary Public in and for the said County, Lloyd Parrish, County Treasurer and Ex-Officio Tax Receiver, known to me to be the person and official described in and who executed the foregoing instrument, who acknowledged to me that he executed the same freely and voluntarily, and as such County Treasurer and Ex-Officio Tax Receiver and for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at my office in said County, the day and year last above mentioned.

(SEAL)

Frances Ham
Notary Public in and for the County
of Churchill, State of Nevada.

My Commission expires June 3, 1961.

*As Amended

Filed for record at the Request of Churchill Co. Treasurer APR 27 1961 at 30 min. past 1 o'clock P.M.

VERIFIED

Gladys H. Dalby
County Recorder

MINING DEEDS 216

File No. 97912

# DEED

THIS INDENTURE, made this 6th day of November, 1961, between the COUNTY OF CHURCHILL, a political subdivision of the State of Nevada, by and through its BOARD OF COUNTY COMMISSIONERS, the Party of the First Part, and FRANK W. LEWIS, of the City of Van Nuys, County of Los Angeles, State of California, the Party of the Second Part.

## WITNESSETH

WHEREAS, the Party of the Second Part on the 29th day of April, 1961, made application for permission to enter upon the following claims:

FAIRVIEW MINING DISTRICT

| | |
|---|---|
| Survey No. 3430 | Boulder #6 Wedge Lode |
| 3927 | Silver Butte |
| 4184 | Eva B |
| 4184 | Eva B #2 |
| 4184 | Argel #1 |
| 4184 | Argel #2 |
| 4184 | Argel #3 |
| 4184 | Prince Albert |
| 2664 | Nappias |
| 2664 | Florence #4 |
| 3206 | Ohio |
| 3206 | Ohio #1 |
| 3213 | Bradshaw Fraction |
| 3213 | Ivy #2 |
| 3673 | Jack Rabbit |

and explore the same for valuable minerals under the authority of Chapter 19, of the Statutes of Nevada, 1935, as approved March 2nd, 1935, as amended; and

WHEREAS, on the 5th day of May, 1961, the said County Commissioners of said Churchill County, in regular session did contract with said Party of the Second Part in regard to the above described mining claims; and

WHEREAS, on the 20th day of October, 1961, the Party of the Second Part requested of said County Commissioners that they execute a deed conveying the title of such county to said Party of the Second Part, he having tendered and paid to said County Treasurer the sum for which said property became the property of said county; and

NOW, THEREFORE, THIS INDENTURE WITNESSETH: That the said Party of the First Part, the said Churchill County, by and through the Board of County Commissioners, in order to carry out the effect of the contract to the Statutes in such cases made and provided and also in consideration of the premises and the sum of Four hundred Eight and 75/100 ($408.75) Dollars, the sum for which said property became the property of said county, and paid to it by the purchaser, the said FRANK W. LEWIS, the receipt whereof is hereby acknowledged do quitclaim unto the said Party of the Second Part, and to his heirs and assigns all the estate, right, title and interest which the said Party of the First Part, has of, in and to those certain lode mining claims, situate, lying and being in the County of Churchill, State of Nevada, and more particularly described as follows, to wit:

FAIRVIEW MINING DISTRICT

| | |
|---|---|
| Survey No. 3430 | Boulder #6 Wedge Lode |
| 3927 | Silver Butte |
| 4184 | Eva B |

| | |
|---|---|
| 4184 | Eva B #2 |
| 4184 | Argel #1 |
| 4184 | Argel #2 |
| 4184 | Argel #3 |
| 4184 | Prince Albert |
| 2664 | Nappias |
| 2664 | Florence #4 |
| 3206 | Ohio |
| 3206 | Ohio #1 |
| 3213 | Bradshaw Fraction |
| 3213 | Ivy #2 |
| 3673 | Jack Rabbit |

together with all and singular, the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

TO HAVE AND TO HOLD, all and singular, the premises above-mentioned and described together with the appurtenances unto the said Party of the Second Part, and to his heirs and assigns forever.

IN WITNESS WHEREOF, the said party of the First Part, by and through its motion and resolution hereto passed has caused these presents to be executed and signed by the Chairman of the Board of County Commissioners and attested by the Clerk of said Board.

(55¢ of Documentary Stamps Cancelled.)

BOARD OF COUNTY COMMISSIONERS
OF CHURCHILL COUNTY, NEVADA

By Delbert Stewart
DELBERT STEWART, Chairman.

ATTEST: LLOYD PARRISH, Clerk

By Carmita McDonald
Carmita McDonald, Deputy

STATE OF NEVADA, )
: ss
COUNTY OF CHURCHILL )

On this 6th day of November, 1961, personally appeared before me, a Notary Public in and for the County of Churchill, State of Nevada, Delbert Stewart, known to me to be the Chairman of the Board of County Commissioners of Churchill County, Nevada, that, executed the foregoing instrument, and upon oath did depose that he is the officer of said Churchill County as above designated; that he is acquainted with the official seal of the Clerk of Churchill County, that the seal affixed to said instrument is the official seal of the County Clerk, that the signatures of said instrument were made by the officers of said county, as indicated after said signatures, and that said Churchill County executed said instrument freely and voluntarily and for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day and year in this certificate above written.

(SEAL)

H. Mae Lofthouse
NOTARY PUBLIC IN and for said
County and State.

My Commission Expires: October 23, 1963.

-Filed for record at the Request of Churchill Co. Clerk NOV 7 1961 at 57 min. past 8 o'clock A. M.

**VERIFIED**

Gladys N. Dalby
-County Recorder-

MINING DEEDS

Bk 6

p. 206

County Recorder

File No. 108038

DEED OF PATENTED MINING PROPERTY

THIS INDENTURE, made and entered into this 12th day of November, 1963, between FRANK W. LEWIS, Van Nuys, California, the party of the first part, and RALPH F. CLEMENTS, 7031 Ranchito, Van Nuys, California, the party of the second part,

WITNESSETH:

THAT THE SAID party of the first part, for and in consideration of the sum of Ten ($10.00) Dollars, lawful money of the United States of America, to him in hand paid by the said party of the second part, and of other consideration adequate and valuable, the receipt and sufficiency whereof are hereby acknowledged, does by these presents grant, bargain, sell, convey and confirm unto the said party of the second part, and to his heirs and assigns, that certain patented lode mining claim known as the:

ANGEL NO. 2

Survey No. 4184

situate in the Fairview Mining District, Churchill County, Nevada, as described in United States Patent thereof, to which record reference is hereby made for a more particular description thereof. Access is granted neighbors.

TOGETHER with all dips, spurs and angles, and also all the metals, ores, gold and silver bearing quartz, rock and earth therein; and all the rights, privileges and franchises thereto incident, appendant, and appurtenant, or therewith usually had and enjoyed; and also all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, and the rents, issues and profits thereof.

TO HAVE AND TO HOLD, all and singular the said premises, together with the appurtenances, and the privileges thereunto incident, unto the said party of the second part, his heirs and assigns forever.

IN WITNESS WHEREOF, the said party of the first part has hereunto subscribed his name the day and year first above written.

($.55 of Documentary Stamps Cancelled)

Frank W. Lewis
Frank W. Lewis

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

On Nov. 12, 1963 before me, the undersigned, a Notary Public in and for said County and State, personally appeared FRANK W. LEWIS known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

WITNESS my hand and Official Seal.

(SEAL)

Sharon F. Lewis
Notary Public Commissioned for said County and State

SHARON F. LEWIS

MY COMMISSION EXPIRES OCT. 12, 1964

Filed for record at the Request of Ralph F. Clements JUN 14 1965 at 0 min. past 11 o'clock A.M.

VERIFIED

Gladys R. Dalbey
County Recorder

230603

# This Indenture

made the Sixth day of August one thousand nine hundred and Eighty Seven.

**Between**
Ralph F. Clements
7031 Ranchito , Van Nuys, California the part y of the first part,

and Ralph F. Clements and Adelaide H. Clements, 7031 Ranchito, Van Nuys, California, joint tenants with rights of survivorship.

the part ies of the second part,

**Witnesseth:** that the party of the first part, in consideration of the sum of One ($1.00) dollars, lawful money of the United States of America, to him in hand paid by the part y of the second part, the receipt whereof is hereby acknowledged, does hereby release and forever QUITCLAIM unto the part ies of the second part, and to their heirs and assigns, all that certain lot, piece, or parcel of land situate in the Fairview Mining District, County of Churchill State of Nevada, and bounded and described as follows, to wit:

ARGEL NO. 2
Survey No. 4184

as described in United States Patent thereof, to which record reference is hereby made for a more particular description thereof. Access is granted neighbors.

TOGETHER with all the dips, spurs and angles, and also all the metals, ores, gold and silver bearing quartz, rock and earth therein; and all the rights, privileges and franchises thereto incident, appendant, and appurtenant, or therewith usually had and enjoyed; and also all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, and the rents, issues and profits thereof.

**Together** with the tenements, hereditaments, and appurtenances thereunto belonging or appertaining and the reversion and reversions, remainder and remainders, rents, issues, and profits thereof.

**To Have and to Hold** the said premises, together with the appurtenances, unto the part ies of the second part, and to their heirs and assigns forever.

**In Witness Whereof,** the party of the first part has hereunto set his hand this the day and year first above written.

**Signed and Delivered in the Presence of**

Ralph F. Clements (signature)
Ralph F. Clements

Ralph (initial)

CALLAGHAN'S FORM NO. 490—QUIT CLAIM DEED—SHORT FORM

230603

STATE OF CAIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

On August 6-1987 before me, the undersigned, a Notary Public in and for said County and State, personally appeared RALPH F. CLEMENTS known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

WITNESS my hand and Official Seal.

(Seal) OFFICIAL SEAL
CHRISTINE M. REY
Notary Public–California
LOS ANGELES COUNTY
My Comm. Exp. Nov. 3, 1989

Christine M. Rey
Notary Public Commissioned for
said County and State

OFFICIAL RECORDS
CHURCHILL COUNTY, NEVADA
Ralph F. Clements
'87 AUG 17 1:54
COUNTY RECORDER
FEE 7.00 DEP.

230603

230603




END OF DOCUMENT