# EXHIBIT L

Location FAIRVIEW MINING DISTRICT Town

Owner Names & Addresses (F5=Show Names Only)

| Current Owners | | Prior Owners | | |
|---|---|---|---|---|
| Name | From | Name | From | To |
| RUSSELL RENWICK P & CAROL L | 1999 | RUSSELL RENWICK P & CAROL L | 1986 | 1999 |
| 221 MATSQUI RD | | 509 WEST 10TH STREET | | |
| ANTIOCH CA 94509-0000 | | ANTIOCH, CA 94509 | | |

F9=Scan >/< > Bottom Bottom

F7=Documents F10=Other Functions F12=Return

Summary for Parcel # 000-001-99 10:22:25

Property Location: FAIRVIEW MINING DISTRICT

Billed to........: ~~RUSSELL RENWICK P & CAROL L~~ ~~2006 Roll #: 009771~~
221 MATSQUI RD District...: 2.0
ANTIOCH CA 94509-0000 Land Use...: 630

| | Ad Valorem Taxes | Special Assessments | Penalties & Interest | Total Charged | Amount Paid | Amount Owed |
|---|---|---|---|---|---|---|
| | | | Current Year (05-06) Taxes | | | |
| Qtr 1 | 13.73 | | .55 | 14.28 | .00 | 14.28 |
| Qtr 2 | | | .69 | .69 | .00 | .69 |
| TOTALS | 13.73 | .00 | 1.24 | 14.97 | .00 | 14.97 |

## Billing and Payment History

| Type | Billed to / Payor / Reason | Date | Amount | Balance | Original Parcel # |
|---|---|---|---|---|---|
| 96-97 Bill | RUSSELL RENWICK P & CAROL L | 07/15/96 | 12.39 | 12.39 | |
| Payment | RUSSELL RENWICK P & CAROL L | 07/30/96 | 12.39- | .00 | |
| 97-98 Bill | RUSSELL RENWICK P & CAROL L | 07/15/97 | 12.40 | 12.40 | |
| Pmt-Check | RUSSELL RENWICK P & CAROL L | 07/31/97 | 12.40- | .00 | |
| 98-99 Bill | RUSSELL RENWICK P & CAROL L | 07/15/98 | 12.59 | 12.59 | |
| Pmt-Check | RUSSELL REAL ESTATE CO. | 08/31/98 | 12.59- | .00 | |
| 99-00 Bill | RUSSELL RENWICK P & CAROL L | 07/09/99 | 13.10 | 13.10 | |
| Pmt-Check | RUSSELL RENWICK P & CAROL L | 07/26/99 | 13.10- | .00 | |
| 00-01 Bill | RUSSELL RENWICK P & CAROL L | 07/18/00 | 12.84 | 12.84 | |
| Penalty | Quarter 1 Penalty for 2000-01 | 09/01/00 | .51 | 13.35 | |
| Penalty | Quarter 2 Penalty for 2000-01 | 10/13/00 | .64 | 13.99 | |
| Pmt-Both | RUSSELL REAL ESTATE CO. | 11/21/00 | 13.99- | .00 | |
| 01-02 Bill | RUSSELL RENWICK P & CAROL L | 07/11/01 | 13.12 | 13.12 | |
| Pmt-Check | RUSSELL REAL ESTATE | 07/26/01 | 13.12- | .00 | |
| 02-03 Bill | RUSSELL RENWICK P & CAROL L | 07/11/02 | 13.50 | 13.50 | |
| Pmt-Check | RUSSELL REAL ESTATE | 07/25/02 | 13.50- | .00 | |
| 03-04 Bill | RUSSELL RENWICK P & CAROL L | 07/21/03 | 13.62 | 13.62 | |
| Pmt-Check | RUSSELL RENWICK P & CAROL L | 07/31/03 | 13.62- | .00 | |
| 04-05 Bill | RUSSELL RENWICK P & CAROL L | 07/13/04 | 13.68 | 13.68 | |
| Pmt-Check | RUSSELL RENWICK P & CAROL L | 07/22/04 | 13.68- | .00 | |
| 05-06 Bill | RUSSELL RENWICK P & CAROL L | 07/22/05 | 13.73 | 13.73 | |
| Penalty | Quarter 1 Penalty for 2005-06 | 08/26/05 | .55 | 14.28 | |
| Penalty | Quarter 2 Penalty for 2005-06 | 10/14/05 | .69 | 14.97 | |

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

NAME Renwick P. Russell
ADDRESS 509 West 10th Street
CITY & STATE Antioch, Ca. 94509

Title Order No. CH-4222-TO Escrow No. F-3...

BOOK 200 PAGE 419

181129

OFFICIAL RECORDS CHURCHILL COUNTY

'81 SEP 9 AM 11:04

FEE $4.00 DEP

SPACE ABOVE THIS LINE FOR RECORDER'S USE

(3)

MAIL TAX STATEMENTS TO

NAME same as above
ADDRESS
CITY & STATE Assessor's Parcel No. 000-001-99

Documentary transfer tax $ 3.30
XX Computed on full value of property conveyed, or
☐ Computed on full value less liens and encumbrances remaining thereon at time of sale.

Signature of declarant or agent determining tax. Firm name

R.P.T.T.$ 3.30

# Individual Grant Deed

WESTERN TITLE FORM NO. 104

FOR VALUE RECEIVED, DEMPSON ARELLANO, an unmarried man,

GRANT_S_ to RENWICK P. RUSSELL and CAROL L. RUSSELL, his wife, as joint tenants,

all that real property situate in the

County of Churchill , State of Nevada, described as follows:

That certain Patented Mining Claim known as Florence No. 4, U. S. Survey No. 2664, Fairview District, Churchill County, Nevada.

Dated September 2, 1981

Dempson Arellano

Joseph A. Duarte, Witness

STATE OF CALIFORNIA
County of Contra Costa } ss.

On September 3, 1981 , before me the undersigned, a Notary Public, in and for said State, personally appeared Joseph A. Duarte , known to me to be the person whose name is subscribed to the within instrument as a witness thereto, who being by me duly sworn, deposed and said: That he resides at in Contra Costa County , that he was present and saw Dempson Arellano personally known to him to be the person described in and whose name is subscribed to the within and annexed instrument, execute the same; and that affiant subscribed his name thereto as a witness to said execution.

My commission expires 5-25-85

Notary Public

WITNESS INDIVIDUAL

OFFICIAL SEAL
M. CLEO SMITH
NOTARY PUBLIC - CALIFORNIA
CONTRA COSTA COUNTY
My Comm. expires May 25, 1985

US00094

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

Name Renwick P. Russell
Address 509 West 10th Street
City & State Antioch, Ca. 94509

Title Order No. CH-4222-TO Escrow No. E-3C...

BOOK 200 PAGE 419

184129
OFFICIAL RECORDS
CHURCHILL COUNTY NEVADA
RECORDS ...
'81 SEP 9 AM 11:06
COUNTY RECORDER
EVA B. WHITAKER
FEE 4.00 DEP

SPACE ABOVE THIS LINE FOR RECORDER'S USE

MAIL TAX STATEMENTS TO

(3)

Name same as above
Address
City & State Assessor's Parcel No. 000-001-99

Documentary transfer tax $ 3.30
☒ Computed on full value of property conveyed, or
☐ Computed on full value less liens and encumbrances remaining thereon at time of sale.

Signature of declarant or agent determining tax — firm name

R.P.T.T.$ 3.30

# Individual Grant Deed

WESTERN TITLE FORM NO. 104

FOR VALUE RECEIVED, DEMPSON ARELLANO, an unmarried man,

GRANT S to RENWICK P. RUSSELL and CAROL L. RUSSELL, his wife, as joint tenants,

all that real property situate in the

County of Churchill , State of Nevada, described as follows:

That certain Patented Mining Claim known as Florence No. 4, U. S. Survey No. 2664, Fairview District, Churchill County, Nevada.

Dated September 2, 1981

Dempson Arellano

Joseph A. Duarte, Witness

STATE OF CALIFORNIA
County of Contra Costa

On September 3, 1981, before me the undersigned, a Notary Public in and for said State, personally appeared Joseph A. Duarte known to me to be the person whose name is subscribed to the within instrument as a witness thereto, who being by me duly sworn, deposed and said: That he resides at in Contra Costa County that he was present and saw Dempson Arellano personally known to him to be the person described in and whose name is subscribed to the within and annexed instrument, execute the same; and that affiant subscribed his name thereto as a witness to said execution.

My commission expires 5-25-85

Notary Public

OFFICIAL SEAL
M. CLEO SMITH
NOTARY PUBLIC - CALIFORNIA
CONTRA COSTA COUNTY
My Commission Expires May 25, 1985

OFFICIAL SEAL
M. CLEO SMITH
NOTARY PUBLIC - CALIFORNIA
CONTRA COSTA COUNTY
My Commission Expires May 25, 1985

# EXHIBIT M

Parcel Number 000-034-90
Last Updated 11/20/03 TAMMY
Ownership (F6=All Owners F7=Documents F8=Correspondence History)
Legal Owner......... CLEMENTS RALPH F Force Assmt Notice.... _
Assessed Owner...... CLEMENTS RALPH F Force Ag Message... _
Mail Address........ 2140 DRISCOLL DR Force Label.......... _
Force Card/Aff (C/A).. _
City, State......... RENO NV Zip... 89509-0000
Vesting Doc #, Date.. Yr,Bk,Pg 00 000 000 Corr Rq'd _
Map Document #s.....
Description (F11=Additional Locations)
\# Dir Street or Other Description Unit #(s)
Property Location... FAIRVIEW MINING DISTRICT
Subdivision......... UNSURVEYED-16-34 Block... 000 Lot... 000
Town................ Parcel Map ID..
Property Name....... ARGEL NO.2 SURVEY #4184
Remarks.............
Parcel # Containing Descriptive/Document Data....
Size
Total Acres... .000 Square Feet.... 0
Ag Acres...... .000 W/R Acres...... .000
F3=Save & Exit F10=Other Functions F12=Cancel F14=Imprvmnts/Appraisal Data
F15=Legal Description F16=Misc Notes F17=Factoring History F20=Tax Years
F21=Personal Property F22=Ag Land F23=Exemptions F24=Livestock Counts

230603

Parcel Number 000-034-99
Last Updated 11/20/03 TAMMY
Ownership (F6=All Owners F7=Documents F8=Correspondence History)
Legal Owner......... CLEMENTS RALPH F Force Assmt Notice.... _
Assessed Owner...... CLEMENTS RALPH F Force Ag Message... _
Mail Address........ 2140 DRISCOLL DR Force Label.......... _
Force Card/Aff (C/A).. _
City, State....... RENO NV Zip... 89509-0000
Vesting Doc #, Date. Yr,Bk,Pg 00 000 000 Corr Rq'd _
Map Document #s.....
Description (F11=Additional Locations)
\# Dir Street or Other Description Unit #(s)
Property Location... FAIRVIEW MINING DISTRICT
Subdivision......... UNSURVEYED-16-34 Block... 000 Lot... 000
Town................ Parcel Map ID..
Property Name....... ARGEL NO.2 SURVEY #4184
Remarks.............
Parcel # Containing Descriptive/Document Data....
Size
Total Acres... .000 Square Feet.... 0
Ag Acres...... .000 W/R Acres...... .000
F3=Save & Exit F10=Other Functions F12=Cancel F14=Imprvmnts/Appraisal Data
F15=Legal Description F16=Misc Notes F17=Factoring History F20=Tax Years
F21=Personal Property F22=Ag Land F23=Exemptions F24=Livestock Counts

230603

# This Indenture made the SIXTH day of AUGUST one thousand nine hundred and EIGHTY SEVEN.

**Between**
Ralph F. Clements
7031 Ranchito , Van Nuys, California the party of the first part,

and Ralph F. Clements and Adelaide H. Clements, 7031 Ranchito, Van Nuys, California, joint tenants with rights of survivorship.

the parties of the second part,

**Witnesseth:** that the party of the first part, in consideration of the sum of One($1.00) dollars, lawful money of the United States of America, to him in hand paid by the party of the second part, the receipt whereof is hereby acknowledged, does hereby release and forever QUITCLAIM unto the parties of the second part, and to their heirs and assigns, all that certain lot, piece, or parcel of land situate in the Fairview Mining District, County of Churchill State of Nevada, and bounded and described as follows, to wit:

ARGEL NO. 2
Survey No. 4184

as described in United States Patent thereof, to which record reference is hereby made for a more particular description thereof Access is granted neighbors.

TOGETHER with all the dips, spurs and angles, and also all the metals, ores, gold and silver bearing quartz, rock and earth therein; and all the rights, privileges and franchises thereto incident, appendant, and appurtenant, or therewith usually had and enjoyed; and also all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, and the rents, issues and profits thereof.

**Together** with the tenements, hereditaments, and appurtenances thereunto belonging or appertaining and the reversion and reversions, remainder and remainders, rents, issues, and profits thereof.

**To Have and to Hold** the said premises, together with the appurtenances, unto the parties of the second part, and to their heirs and assigns forever.

**In Witness Whereof,** the party of the first part has hereunto set his hand this the day and year first above written.

**Signed and Delivered in the Presence of**

Ralph F. Clements
Ralph F. Clements

Ralph

QUIT CLAIM DEED—SHORT FORM

p.10

Mar 30 06 11:11a

230603

STATE OF CAIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

On August 6-1987 before me, the undersigned, a Notary Public in and for said County and State, personally appeared RALPH F. CLEMENTS known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

WITNESS my hand and Official Seal.

(Seal) OFFICIAL SEAL CHRISTINE M. REY Notary Public–California LOS ANGELES COUNTY My Comm. Exp. Nov. 3, 1989

Christine M. Rey
Notary Public Commissioned for said County and State

CHURCHILL COUNTY, NEVADA
Ralph F. Clements
'87 AUG 17 PM 1:54
COUNTY RECORDER
FEE 7.00 DEP.



US00077

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

COUNTY OF LOS ANGELES • REGISTRAR-RECORDER/COUNTY CLERK

# CERTIFICATE OF DEATH

STATE OF CALIFORNIA
USE BLACK INK ONLY

39019046347

STATE FILE NUMBER — LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

**DECEDENT PERSONAL DATA**

- 1A. NAME OF DECEDENT—FIRST (GIVEN): RALPH
- 1B. MIDDLE: FREDERICK
- 1C. LAST (FAMILY): CLEMENTS, SR.
- 2A. DATE OF DEATH—MO, DAY, YR: OCTOBER 30, 1990
- 2B. HOUR: 2112
- 3. SEX: Male
- 4. RACE: Caucasian
- 5. HISPANIC—SPECIFY: [ ] YES [x] NO
- 6. DATE OF BIRTH—MO, DAY, YR: June 15, 1905
- 7. AGE IN YEARS: 85
- 8. STATE OF BIRTH: PA
- 9. CITIZEN OF WHAT COUNTRY: USA
- 10A. FULL NAME OF FATHER: John Charles Clements
- 10B. STATE OF BIRTH: unk
- 11A. FULL MAIDEN NAME OF MOTHER: Erma Shem
- 11B. STATE OF BIRTH: PA
- 12. MILITARY SERVICE: 19__ TO 19__ [x] NONE
- 13. SOCIAL SECURITY NO.: 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
- 14. MARITAL STATUS: Married
- 15. NAME OF SURVIVING SPOUSE (IF WIFE, ENTER MAIDEN NAME): Adelaide Hanna
- 16A. USUAL OCCUPATION: Television Engineer
- 16B. USUAL KIND OF BUSINESS OR INDUSTRY: Television
- 16C. USUAL EMPLOYER: NBC
- 16D. YEARS IN OCCUPATION: 50
- 17. EDUCATION—YEARS COMPLETED: 11

**USUAL RESIDENCE**

- 18A. RESIDENCE—STREET AND NUMBER OR LOCATION: 7031 Ranchito Avenue
- 18B. CITY: Van Nuys
- 18C. ZIP CODE: 91405
- 18D. COUNTY: Los Angeles
- 18E. NUMBER OF YEARS IN THIS COUNTY: 50
- 18F. STATE OR FOREIGN COUNTRY: California
- 20. NAME, RELATIONSHIP, MAILING ADDRESS, AND ZIP CODE OF INFORMANT: Adelaide Clements, wife, 7031 Ranchito Avenue, Van Nuys, CA 91405

**PLACE OF DEATH**

- 19A. PLACE OF DEATH: MED CTR OF NO HOLLYWOOD
- 19B. IF HOSPITAL, SPECIFY ONE: IP, ER/OP, DOA: IP
- 19C. COUNTY: LOS ANGELES
- 19D. STREET ADDRESS—STREET AND NUMBER OR LOCATION: 12629 RIVERSIDE DRIVE
- 19E. CITY: NORTH HOLLYWOOD

**CAUSE OF DEATH**

21. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR A, B, AND C)

| | Cause | Time interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (A) | Respiratory Failure, acute | 1 hr |
| DUE TO (B) | Aspiration of gastric contents | 1 hr |
| DUE TO (C) | Bilateral Pneumonia | 1 day |

- 22. WAS DEATH REPORTED TO CORONER? [x] YES, REFERRAL NUMBER 90-54525 [ ] NO
- 23. WAS BIOPSY PERFORMED? [ ] YES [x] NO
- 24A. WAS AUTOPSY PERFORMED? [ ] YES [x] NO
- 24B. WAS IT USED IN DETERMINING CAUSE OF DEATH? [ ] YES [x] NO
- 25. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN 21: Large abdominal aortic aneurysm, Myelodysplastic anemia
- 26. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 21 OR 25? IF YES, LIST TYPE OF OPERATION AND DATE: None

**PHYSICIAN'S CERTIFICATION**

- I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED.
- 27A. DECEDENT ATTENDED SINCE: 5/9/88; DECEDENT LAST SEEN ALIVE: 10/30/90
- 27B. SIGNATURE AND DEGREE OR TITLE OF CERTIFIER: Cheryl Mondheim, MD
- 27C. CERTIFIER'S LICENSE NUMBER: A26135
- 27D. DATE SIGNED: 11/1/90
- 27E. TYPE ATTENDING PHYSICIAN'S NAME AND ADDRESS: Cheryl Mondheim, 6801 Coldwater Cny Bl, No Hollywood, CA

**CORONER'S USE ONLY**

- I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED.
- 28A. SIGNATURE AND TITLE OF CORONER OR DEPUTY CORONER:
- 28B. DATE SIGNED:
- 29. MANNER OF DEATH—specify one: natural, accident, suicide, homicide, pending investigation or could not be determined
- 30A. PLACE OF INJURY
- 30B. INJURY AT WORK [ ] YES [ ] NO
- 30C. DATE OF INJURY—MONTH, DAY, YEAR
- 31. HOUR
- 32. LOCATION (STREET AND NUMBER OR LOCATION AND CITY)
- 33. DESCRIBE HOW INJURY OCCURRED (EVENTS WHICH RESULTED IN INJURY)

**FUNERAL DIRECTOR AND LOCAL REGISTRAR**

- 34A. DISPOSITION(S): Burial
- 34B. PLACE OF FINAL DISPOSITION: Forest Lawn Hollywood Hills, Los Angeles, California
- 34C. DATE—MO, DAY, YEAR: 11-03-1990
- 35A. SIGNATURE OF EMBALMER: Kim Evans
- 35B. LICENSE NUMBER: 7917
- 36A. NAME OF FUNERAL DIRECTOR (OR PERSON ACTING AS SUCH): Forest Lawn Hollywood Hills
- 36B. LICENSE NO.: F 904
- 37. SIGNATURE OF LOCAL REGISTRAR: Robert C. Bass, MD
- 38. REGISTRATION DATE: NOV 0 2 1990

**STATE REGISTRAR**: A. B. C. D. E. F. CENSUS TRACT

VS-11 (REV. 1-90) — MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

Conny B. McCormack

CONNY B. McCORMACK
Registrar-Recorder/County Clerk

MAR 0 8 2002
19-107336

This copy not valid unless prepared on engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.

Mar 30 06 11:12a

p.12

US00078

RPTT ____________
APN ____________

# Quit Claim Deed

THIS INDENTURE WITNESS That the GRANTOR(S): Adelaide H. Clements

for and in consideration of One Dollar

Dollars ($ 1.00 )

do hereby QUIT CLAIM the right, title and interest, if any, which GRANTOR may have in all that real property, the receipt of which is hereby acknowledged, to the GRANTEE(S): Alan S. and Janet C. Ross, joint tenants with right of survivorship

whose street address is (if applicable):
situate in the City of --- , County of Churchill , State of Nevada
bounded and described as follows: (Set forth legal description)

FAIRVIEW MINING DISTRICT
UNSURVEYEd-16-34
District- 2.0

Parcel 000-034-99

Together with all and singular hereditament and appurtenances thereunto belonging or in any way appertaining to.

In Witness Whereof, I/We have hereunto set my hand/our hands on ____________

Adelaide H. Clements
Signature of Grantor

Adelaide H. Clements
(Print or type name here)

Signature of Grantor
(Print or type name here)

STATE OF CALIFORNIA
COUNTY OF COUNTY OF LOS ANGELES

This instrument was acknowledged before me on (date) July 14, 1998
By (person's appearing before notary public) Roberto A. Garcia Personally appeared Adelaide Hanna Clements.

(Signature of Notary Public)
Roberto A. Garcia
My commission expires: OCT 20, 2000

(Notary Stamp)

ROBERTO A. GARCIA
Commission # 1114109
Notary Public - California
Los Angeles County
My Comm. Expires Oct 20, 2000

CONSULT AN ATTORNEY IF YOU DOUBT THIS FORM'S FITNESS FOR YOUR PURPOSE

| RECORDING REQUESTED BY AND MAIL TAX STATEMENTS TO | THIS SPACE FOR RECORDERS USE ONLY |
| --- | --- |
| NAME: Alan S. and Janet C. Ross<br>ADDRESS: 2140 Driscoll Drive<br>CITY/ST/ZIP: Reno, Nevada 89509 | |

NEVADA LEGAL FORMS, INC. (702) 870-8977 • DED 104
Material may not be reproduced in whole or in part in any manner whatsoever
C 1990 • rv 971027 • ORIGINAL RED BAND-BROWN PRINT



Mar 30 06 11:15a

230603




Mar 30 06 11:15a

p.14