# EXHIBIT N

NOTICES

DEPARTMENT OF THE INTERIOR

Bureau of **Land** Management

[NV-030-1920-ET-4132; NVN-37171]

Legal Description of Naval Air Station Fallon Ranges--Range Safety and Training **Withdrawal; Nevada**

Friday, October 6, 2000

***59867** AGENCY: Bureau of **Land** Management, Interior.

ACTION: Notice.

SUMMARY: This notice provides official publication of the legal description for the Department of the Navy's Range Safety and Training **Withdrawal** as required by sec. 3012 of Pub. L. 106-65, enacted October 5, 1999.

EFFECTIVE DATE: October 5, 1999.

FOR FURTHER INFORMATION CONTACT: Dennis J. Samuelson, BLM **Nevada** State Office, P.O. Box 12000, Reno, **Nevada** 89520, (775)-861-6532.

SUPPLEMENTARY INFORMATION: Pub. L. 106-65 **withdrew** 201,933 acres in **Churchill County, Nevada** for the Naval Air Station Fallon Range Safety and Training **Withdrawal**. The legal description for this **withdrawal** is as follows:

Mount Diablo Meridian

B-16

T. 17 N., R. 27 E.,

Secs. 1 to 3, inclusive;

Sec. 11, E 1/2;

Secs. 12 and 13;

Sec. 14, E 1/2;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Secs. 23 to 26, inclusive;

Secs. 35 and 36.

T. 18 N., 27 E.,

Secs. 25 and 26;

Sec. 35, E 1/2;

Sec. 36.

T. 16 N., R. 28 E.,

Sec. 3, lots 2 to 4, inclusive, SW 1/4 NE 1/4 , and S 1/2 NW 1/4;

Sec. 4, lots 1 to 4, inclusive, and S 1/2 N 1/2;

T. 17 N., R. 28 E.,

Secs. 4 to 9, inclusive;

Secs. 16 to 21, inclusive;

Sec. 22, W 1/2 NE 1/4 , NW 1/4 , and S 1/2;

Secs. 27 to 34, inclusive;

T. 18 N., R. 28 E.,

Sec. 28, W 1/2 E 1/2 and W 1/2;

Secs. 29 to 32, inclusive;

Sec. 33, W 1/2 E 1/2 and W 1/2.

The area described for B-16 contains 27,252.76 acres in **Churchill County**.

B-17

T. 15 N., R. 33 E.,

Secs. 1 to 5, inclusive;

Sec. 6, that portion east of the easterly right-of-boundary for State Route 839;

Sec. 7, that portion east of the easterly right-of-boundary for State Route 839;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Secs. 8 to 17, inclusive;

Sec. 18, that portion east of the easterly right-of-boundary for State Route 839;

Sec. 19, that portion east of the easterly right-of-boundary for State Route 839;

Secs. 20 to 28, inclusive,

Secs. 35 and 36.

T. 16 N., R. 33 E.,

Sec. 1, that portion south of the southerly right-of-boundary for U.S. Highway 50;

Sec. 2, that portion south of the southerly right-of-boundary for U.S. Highway 50;

Sec. 3, those portions of the S 1/2 NE 1/4 , SW 1/4 NW 1/4 , S 1/2 , south of the southerly right-of-way boundary for U.S. Highway 50;

Sec. 4, that portion south of the southerly right-of-boundary for U.S. Highway 50;

Sec. 5, that portion south of the southerly right-of-way boundary for U.S. Highway 50 and east of the easterly right-of-way boundary for State Route 839;

Sec. 8, that portion east of the easterly right-of-boundary for State Route 839;

Sec. 9 to 16, inclusive;

Sec. 17, that portion east of the easterly right-of-boundary for State Route 839;

Sec. 18, that portion east of the easterly right-of-boundary for State Route 839;

Sec. 19, that portion east of the easterly right-of-boundary for State Route 839;

Secs. 20 to 29, inclusive;

Sec. 30, that portion east of the easterly right-of-boundary for State Route 839;

Sec. 31, that portion east of the easterly right-of-boundary for State Route 839;

Sec. 32, that portion east of the easterly right-of-boundary for State Route 839;

Secs. 33 to 36, inclusive.

T. 15 N., R. 34 E., (partially surveyed)

Sec. 4, lot 4 and W 1/2 SW 1/4;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Secs. 5 and 6;

Sec. 7, except patented lands;

Sec. 8;

Sec. 9, W 1/2 W 1/2;

Sec. 16, W 1/2 W 1/2;

Sec. 17;

Sec. 18, except patented lands;

Secs. 19 and 20.

Sec. 21, W 1/2 NW 1/4 and NW 1/4 SW 1/4;

Secs. 29 to 31, inclusive.

T. 16 N., R. 33 1/2 E, (unsurveyed)

Secs. 1, that portion south of the southerly right-of-boundary for U.S. Highway 50;

Secs. 12, 13, 24, 25, and 36.

T. 16 N., R. 34 E., (partially surveyed)

Sec. 4, lots 4, 6, 7, 8, 13, 14, and SW 1/4;

Sec. 5, that portion south of the southerly right-of-boundary for U.S. Highway 50;

Sec. 6, that portion south of the southerly right-of-boundary for U.S. Highway 50;

Sec. 7, except patented **lands**;

Sec. 8;

Sec. 9, W 1/2 except patented **lands**;

Sec. 16, W 1/2 except patented **lands**;

Sec. 17, lots 1 to 16, inclusive;

Sec. 18, except patented **lands**;

Sec. 19, except patented **lands**;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Sec. 20, except patented **lands**;

Sec. 21, W 1/2 except patented **lands**;

Sec. 28, W 1/2;

Secs. 29 to 32, inclusive;

Sec. 33, W 1/2.

The area described for B-17 contains 52,830.35 acres in **Churchill County**.

B-19

T. 15 N., R. 29 E.,

Secs. 1 to 3, inclusive;

Sec. 4, those portions of lot 1, S 1/2 NE 1/4 , E 1/2 SE 1/4 east of the easterly right-of-way boundary for U.S. Highway 95;

Sec. 9, that portion of the E 1/2 E 1/2 east of the easterly right-of-way boundary for U.S. Highway 95;

Secs. 10 to 15, inclusive;

Sec. 16, that portion of the E 1/2 E 1/2 east of the easterly right-of-way boundary for U.S. Highway 95;

Sec. 21, that portion east of the easterly right-of-way boundary for U.S. Highway 95;

Secs 22 to 24, inclusive.

T. 15 N., R. 30 E.,

Secs. 1 to 24, inclusive;

T. 16 N., R. 30 E.,

Sec. 32, SE 1/4;

Sec. 33, S 1/2; ***59868**

Sec. 34, S 1/2;

Sec. 35, S 1/2.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

T. 15 N., R. 31 E.,

Secs. 5 to 8, inclusive;

Secs. 17 to 20, inclusive.

The area describe for B-19 contains 29,276.40 acres in Churchill County.

B-20

T. 23 N., R. 32 E.,

Sec. 2, 4, 6, 8, 10, 12, 14, 16, 18 20, 22, 24, 26, 28, and 30.

T. 24 N., R. 32 E.,

Secs. 20, 22, 24, 26, 28, 30, 32, 34, and 36.

T. 23 N., R. 33 E.,

Secs. 6 and 8;

Sec. 17, SE 1/4;

Sec. 18;

Sec. 19, lots 3 and 4, E 1/2 SW 1/4 , and SE 1/4;

Secs. 20 and 29;

Sec. 30, lots 1 to 4, E 1/2 , and E 1/2 W 1/2.

T. 24 N., R. 33 E.,

Secs. 20, 30, and 32.

The area described for B-20 contains 21,577 acres in Churchill County.

Shoal Site

T. 15 N., R. 32 E.,

Secs. 4 and 5;

Sec. 8, N 1/2;

Sec. 9, N 1/2.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

T. 16 N., R. 32 E.,

Secs. 33 and 34.

The area described for Shoal Site contains 2,560 acres in **Churchill County**.

The areas B-16, B-17, B-19, B-20, and Shoal Site aggregate 133,496.51 acres. Portions of these **lands** are unsurveyed and the acres were based on protraction diagrams. Pursuant to section 3011(a)(1) of Public Law 106-65, dated October 5, 1999, these areas were **withdrawn** from all forms of appropriation under the public **land** laws, including the mining laws, and the mineral leasing and geothermal leasing laws.

Dixie Valley Training Area

T. 16 N., R. 33 E.,

Sec. 1, that portion lying north of the northerly right-of-way boundary for U.S. Highway 50;

Sec. 2, that portion lying north of the northerly right-of-way boundary for U.S. Highway 50;

Sec. 3, that portion lying north of the northerly right-of-way boundary for U.S. Highway 50;

Sec. 4, that portion lying north of the northerly right-of-way boundary for U.S. Highway 50;

Sec. 5, that portion lying north of the northerly right-of-way boundary for U.S. Highway 50.

T. 17 N., R. 33 E.,

Secs. 1 to 5, inclusive;

Secs. 8 to 17, inclusive;

Secs. 20 to 29, inclusive;

Secs. 32 to 36, inclusive.

T. 18 N., R. 33 E.,

Sec. 9, E 1/2;

Sec. 10, that portion south of Elevenmile Canyon Wash;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Sec. 13, that portion south of Elevenmile Canyon Wash;

Sec. 14, that portion south of Elevenmile Canyon Wash;

Sec. 15,

Sec. 16, E 1/2;

Secs. 21 to 28, inclusive;

Sec. 29, E 1/2;

Secs. 32 to 36.

T. 16 N., R. 33 1/2 E.,

Sec. 1, that portion north of the northerly right-of-way boundary for U.S. Highway 50.

T. 17 N., R. 33 1/2 E.,

Secs. 1, 12, 13, 24, 25, and 36;

T. 18 N., R. 33 1/2 E.,

Sec. 13, those portions of lot 4 and the E 1/2 SW 1/4 south of Elevenmile Canyon Wash;

Sec. 24, lots 1 to 4, inclusive, E 1/2 SW 1/4 , SE 1/4 , and those portions of the E 1/2 NW 1/4 and the NE 1/4 south of Elevenmile Canyon Wash;

Secs. 25 and 36.

T. 16 N., R. 34 E.,

Sec. 4, lots 3 and 5;

Sec. 5, that portion north of the northerly right-of-way boundary for U.S. Highway 50;

Sec. 6, that portion north of the northerly right-of-way boundary for U.S. Highway 50.

T. 17 N., R. 34 E.,

Sec. 3, lots 3 and 4, S 1/2NW 1/4 , and SW 1/4;

Secs. 4 to 9, inclusive;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Sec. 10, W 1/2;

Sec. 15, W 1/2;

Secs. 16 to 21, inclusive;

Sec. 22, W 1/2;

Sec. 27, W 1/2;

Secs. 28 to 33, inclusive;

Sec. 34, W 1/2.

T. 18 N., R. 34 E.,

Sec. 3;

Sec. 4, lot 1, SE 1/4 NE 1/4 , E 1/2 SE 1/4 , and those portions of lot 2, SW 1/4 NE 1/4 , W 1/2 SE 1/4 , lying east of the easterly right-of-way boundary for State Route 121 (Dixie Valley Road);

Sec. 9, E 1/2 E 1/2 , and that portion of the W 1/2 E 1/2 lying east of the easterly right-of-way boundary for State Route 121 (Dixie Valley Road);

Secs. 10 and 15;

Sec. 16, E 1/2 E 1/2 , and that portion of the W 1/2 E 1/2 lying east of the easterly right-of-way boundary for State Route 121 (Dixie Valley Road);

Sec. 19, lots 2 to 4, inclusive, E 1/2 SW 1/4 , SE 1/4 , and those portions of the S 1/2 NE 1/4 and SE 1/4 NW 1/4 lying south of Elevenmile Canyon Wash;

Sec. 20, that portion lying south of Elevenmile Canyon Wash;

Sec. 21, E 1/2 , and that portion of the E 1/2 W 1/2 lying east of the easterly right-of-way boundary for State Route 121 (Dixie Valley Road), and that portion of W 1/2 SW 1/4 lying south of Elevenmile Canyon Wash;

Sec. 22;

Secs. 27 to 34.

T. 19 N., R. 34 E.,

Sec. 3;

Sec. 4, those portions of lot 1, SE 1/4 NE 1/4 , E 1/2 SE 1/4 , lying east of the

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

easterly right-of-way boundary for State Route 121 (DixieValley Road);

Sec. 9, that portion of E 1/2 lying east of the easterly right-of-way boundary for State Route 121 (Dixie Valley Road);

Secs. 10 and 15;

Sec. 16, that portion of E 1/2 lying east of the easterly right-of-way boundary for State Route 121 (Dixie Valley Road);

Sec. 21, that portion of E 1/2 lying east of the easterly right-of-way boundary for State Route 121 (Dixie Valley Road);

Secs. 22 and 27;

Sec. 28, that portion of E 1/2 lying east of the easterly right-of-way boundary for State Route 121 (Dixie Valley Road);

Sec. 33, that portion of E 1/2 lying east of the easterly right-of-way boundary for State Route 121 (Dixie Valley Road);

Sec. 34.

T. 20 N., R. 34 E.,

Sec. 2, lots 2 to 4, inclusive, SE 1/4 NE 1/4 , S 1/2 NW 1/4 , SW 1/4 , and W 1/2 SE 1/4;

Sec. 3, lot 1, SE 1/4 NE 1/4 , and E 1/2 SE 1/4;

Sec. 10, E 1/2 E 1/2;

Sec. 11, W 1/2 E 1/2 and W 1/2;

Sec. 26, W 1/2 E 1/2 and W 1/2;

Sec. 27;

Sec. 28, that portion of the E 1/2 E 1/2 lying east of the easterly right-of-way boundary for State Route 121 (Dixie Valley Road);

Sec. 33, that portion of the E 1/2 E 1/2 lying east of the easterly right-of-way boundary for State Route 121 (Dixie Valley Road);

Sec. 34.

T. 21 N., R. 34 E.,

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Sec. 25, lots 1 and 2, W 1/2 NE 1/4 , and NW 1/4.

T. 21 N., R. 35 E.,

Sec. 17, W 1/2;

Sec. 18, lots 5 to 11, inclusive, and E 1/2 SE 1/4 SE 1/4 NE 1/4.

The Dixie Valley Training Area contains 68,437 acres in **Churchill County**. Portions of these **lands** are unsurveyed and acres are based on protraction diagrams. Pursuant to Section 3011(a)(1) of Public Law 106-65, dated October 5, 1999, these areas were **withdrawn** from all forms of appropriation under the public **land** laws, including the mining laws, and the geothermal leasing laws, but not the mineral leasing laws.

A copy of the legal description and the map depicting the **withdrawn lands** are available for public inspection at the following offices:

Director (350), BLM, 1620 L Street, NW., Room 1000, Washington, DC 20036

State Director, BLM, **Nevada** State Office, 1430 Financial Blvd., Reno, **Nevada**, 89502

Field Manager, BLM Carson City Field Office, 5665 Morgan Hill Rd., Carson City, **Nevada**, 89701.

Commanding Officer, Naval Air Station Fallon, 4755 Pasture Road, Fallon, **Nevada** 89496-5000

Commanding Officer, Engineering Field Activity Northwest, Naval Facilities ***59869** Engineering Command, 19917 7th Ave. NE, Poulsbo, Washington 98370

Dated: September 29, 2000.

Margaret L. Jensen,

Deputy State Director, Natural Resources, **Lands**, and Planning.

[FR Doc. 00-25688 Filed 10-5-00; 8:45 am]

BILLING CODE 4310-HC-P

65 FR 59867-02, 2000 WL 1475482 (F.R.)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT O

# Certificate of Fictitious Name

12501

1994 DEC 22 AM 10:26
RUBY ANDERSON
COUNTY CLERK
BY [signature] DEPUTY

STATE OF NEVADA }
County of Churchill } ss.

We hereby certify that We are transacting business at Fallon, in the State of Nevada, under a designation not showing the names of the persons interested in, conducting or carrying on business at Fallon, in the State of Nevada, under the designation not showing the names of the persons interested in carrying on such business, to wit

ComVets Mining

The names of persons interested in or carrying on such business are:

| Name | Residence Address |
|---|---|
| Thomas E. Hoey Sr | 2875 Allen Rd. Fallon, Nev. 89406 |
| Jimmy Hicks | P.O. Box 270 Silver Springs, Ne 89429 |
| Edward Sexton | 575 Wade Ln. Fallon, Nev. 89406 |

Thomas E. Hoey Sr.
Jimmy Hicks
Edward Sexton

STATE OF NEVADA, }
County of Churchill } ss.

On this 22ND day of December, 1994, before me personally appeared THOMAS E. HOEY SR., JIMMY HICKS; EDWARD SEXTON known to me to be the persons described in and who executed the foregoing instrument, who acknowledged to me that they executed the same freely and voluntarily, and for the uses and purposes therein stated.

In witness whereof I have hereunto set my hand and affixed my official seal this 22ND