# In the United States Court of Federal Claims

No. 05-367 L
into which have been consolidated Nos. 05-484 L, 05-537 L, 05-1082 L, 05-1083 L, 05-1173 L, and 05-1175 L

(E-Filed: May 15, 2006)

GERALD E. ROTH, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is the plaintiffs' Unopposed Motion for an Enlargement of Time in Which to File Response to Motion to Dismiss (Pls.' Mot. or Motion), requesting an enlargement of time, up to and including Friday, May 19, 2006, within which to respond to defendant's motion to dismiss, Pls.' Mot. at 1, and indicating that defendant does not oppose the Motion, id. at 2. The Motion was filed despite a deficiency contained in the document: the document filed with the court was not fully legible due to words written diagonally across it.[1] Despite the deficiency, however, the Motion is GRANTED. Plaintiffs shall file their response to defendant's motion to dismiss on or before Friday, May 19, 2006. Briefing shall proceed according to Rule 7.2 of the Rules of the Court of Federal Claims (RCFC). Plaintiffs shall correct the deficiency for all future filings.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

[1]Use of a trial version of the computer program used to create or convert the document may account for the deficiency.