# In the United States Court of Federal Claims

No. 05-367 L
into which have been consolidated Nos. 05-484 L, 05-537 L, 05-1082 L, 05-1083 L, 05-1173 L, and 05-1175 L

(E-Filed: May 23, 2006)

GERALD E. ROTH, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The Clerk's Office has notified chambers that Plaintiffs' Opposition to Motion to Dismiss (Pls.' Resp. or response) does not comply with the Rules of the Court of Federal Claims (RCFC). Specifically, the response does not comply with RCFC 7(b), requiring that all supporting memoranda and affidavits must be attached to the motion, in that the response refers to exhibits which are not attached to the response. See Pls.' Mot. at 4-5 (Index of Exhibits), 27. In addition, the response is not fully legible due to words written diagonally across it. Id. passim. Plaintiffs' filing shall remain on the docket notwithstanding these deficiencies. Plaintiffs shall, however, correct these deficiencies for all future filings. In addition, if plaintiffs wish to file the exhibits to which plaintiffs refer in the response, plaintiffs shall, by motion, request leave to file the exhibits and attach the proposed exhibits to the motion for leave to file the exhibits.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge