IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-367 L
into which have been consolidated Nos. 05-484 L, 05-537 L, 05-1082 L, 05-1083 L,
05-1173 L, and 05-1175 L

(E-filed: June 1, 2006)

| | | |
|---|---|---|
| GERALD E. ROTH, et. al., | ) | |
| Plaintiffs, | ) | Honorable Emily C. Hewitt |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
IN WHICH TO FILE DEFENDANT'S REPLY MEMORANDUM
IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant UNITED STATES hereby moves pursuant to RCFC 6(b) for a enlargement of time of fourteen (14) days from the current deadline, to and including Monday, June 19, 2006, in which to file its reply memorandum in support of its motion to dismiss. The reply is currently due on Monday, June 5, 2006. This is defendant's first request for an extension of time to file its reply memorandum in support of its motion to dismiss.

This enlargement of time is necessary because the United States Department of the Navy ("Navy") recently assigned new counsel to this case due to the imminent retirement of Stephen Banks. As such, defendant requires additional time to coordinate the reply with agency counsel. Additionally, defendant requires additional time to fully respond to plaintiffs' allegation that the Navy engaged in misconduct and misrepresentations, which, according to plaintiffs, should result in a tolling of the applicable six-year statute of limitations.

Counsel for plaintiffs has authorized counsel for defendant to represent that plaintiffs have no objection to the granting of this motion for an enlargement of time.

Accordingly, defendant respectfully moves for an enlargement of time of fourteen (14) days from the current deadline, or to and including June 19, 2006, in which to file its reply memorandum its support of its motion to dismiss.

Dated: June 1, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/ Kelle S. Acock

KELLE S. ACOCK
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0428
Fax: 202-305-0506
Email: kelle.acock@usdoj.gov