# In the United States Court of Federal Claims

No. 05-367 L
into which have been consolidated Nos. 05-484 L, 05-537 L, 05-1082 L, 05-1083 L, 05-1173 L, and 05-1175 L

(E-Filed: June 1, 2006)

GERALD E. ROTH, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

On May 19, 2006, plaintiffs filed Plaintiffs' Opposition to Motion to Dismiss (Pls.' Resp. or response). Although the response referred to exhibits attached as an appendix, the appendix was not attached. See generally Pls.' Resp. Any supporting memoranda and affidavits must be attached to the motion pursuant to Rule 7(b) of the Rules of the Court of Federal Claims (RCFC). Despite this deficiency, the court ordered that the response remain on the docket. Order of May 3, 2006. The court further directed plaintiffs to file a motion for leave to file the exhibits if plaintiffs wished to file the exhibits to which they refer in the response. Id. The court has not received such a motion. Plaintiffs shall file a motion for leave to file the exhibits to which plaintiffs refer in their response, together with copies of the proposed exhibits, on or before Wednesday, June 7, 2006 if plaintiffs intend to rely on such exhibits in this case.

Now before the court is defendant's Unopposed Motion for an Enlargement of Time in Which to File Defendant's Reply Memorandum in Support of Its Motion to Dismiss (Def.'s Mot. or motion), requesting an extension of time up to and including Monday, June 19, 2006 within which to file its reply in support of its motion to dismiss. Def.'s Mot. at 1. Based on the representations contained therein, the motion is GRANTED. Defendant shall file its reply on or before Monday, June 19, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge