**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 05-367 L**
**into which have been consolidated Nos. 05-484 L; 05-537 L; 05-1082 L; 05-1083 L; 05-1173 L; and 05-1175 L**

**( E-filed: May 5, 2006)**

| | | |
|---|---|---|
| **GERALD E. ROTH, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Judge Emily C. Hewitt** |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ______________________________ | ) | |

MOTION FOR LEAVE TO FILE EXHIBITS TO

PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS

GLADE L HALL, Esq.
105 Mt. Rose St.
Reno, Nevada 89509
Tel: (775) 324-6447
Fax: (775) 324-5387
Email: gladelhall@sbcglobal.net

Dated: June 6, 2006

PLAINTIFFS, above named, hereby move the Court for leave to file their EXHIBITS TO OPPOSITION TO MOTION TO DISMISS and respectfully show as follows:

This case has been designated as an electronic filing case. Plaintiffs' counsel is a 66 year

old sole practitioner who has not had experience with electronically filed documents prior to this case. Plaintiffs were required to file their opposition to the defendant's motion to dismiss by May 20, 2006. Plaintiffs' counsel has acquired a combination scanner, printer, fax and copier machine and attempted to scan the exhibits to the opposition for attachment to the opposition. For some still unknown reason, the Court's filing system would not accept the opposition with exhibits. Counsel attempted twice on May 20, 2006 to transmit the combined opposition and exhibits, but failed. Accordingly, counsel attempted to transmit just the opposition, which was successful. Counsel then sent hard copies of the exhibits to counsel for the government by Federal Express overnight delivery. Counsel for the government acknowledged that she received the exhibits on the following Tuesday.

Counsel apologizes for any inconvenience caused the government and the Court. Counsel has caused the exhibits to be scanned by a professional document imaging company and will use that company for any future scanning. Plaintiffs request leave to electronically file the exhibits at this time. They are transmitted herewith.

Respectfully submitted this 6th day of June, 2006.

Glade L Hall
Attorney for Claimants

S/ Glade L Hall
105 Mt. Rose St.
Reno, Nevada 89509
Tele. (775) 324-6447
Fax: (775) 324-5387
Email: gladelhall@sbcglobal.net