# In the United States Court of Federal Claims

No. 05-367 L
into which have been consolidated Nos. 05-484 L, 05-537 L, 05-1082 L, 05-1083 L, 05-1173 L, and 05-1175 L

(E-Filed: June 19, 2006)

GERALD E. ROTH, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is plaintiffs' Motion for Leave to File Exhibits to Plaintiffs' Opposition to Motion to Dismiss (Pls.' Mot. or motion), requesting leave to file electronically at this time exhibits to accompany plaintiffs' motion to dismiss. Pls.' Mot. at 2. Although the motion states that the proposed exhibits were transmitted with the motion, id., the proposed exhibits did not accompany the motion. Rather, plaintiffs sent a hard copy of the exhibits under separate cover due to technical difficulties plaintiffs experienced with the electronic filing system. Based on the representations contained in the motion, the court GRANTS plaintiffs' motion for leave to file the exhibits. Due to the technical difficulties, however, plaintiffs shall not file the exhibits electronically. Instead, the Clerk's Office shall FILE a paper copy of plaintiffs' proposed exhibits. The Clerk's Office shall send a paper courtesy copy of the exhibits to defendant.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge