# In the United States Court of Federal Claims

**05-367L**

**Filed: June 19, 2006**

**GERALD E. ROTH, et al.**

**v.**

**THE UNITED STATES**

EXHIBITS TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.